JF: Yes.

PP: Do you understand that the Judge, Judge Boklan, has no power whatsoever as to where you are placed in the prison system?

JF: Yes.

PP: I've told you time and time again, have I not, that the prison system and the Court system are separate and distinct entities, and that you will be incarcerated where the prison system places you.

JF: Yes.

PP: At this time, that is unknown.  Haven't I told you that?

JF: That's correct.

PP: Now, knowing everything I have told you, is it still your desire to take a plea of guilty in this case?

JF: Yes.

PP: Isn't it a fact that I have told you that I am very willing to try this case in front of a jury regardless of whether it takes one day or whether it takes eight months or a year?

JF: Yes.

PP: And haven't I told you that it is my opinion that this case will take about six months to try.

JF: Yes.

PP: And haven't I also told you that I will charge you no further money whatsoever to try this case?

JF: That is correct.

-27-

PP: That the money you have paid me has been to date, $25,000.00 plus a $15,000.00 bail assignment which I will not get until after the case is over. Isn't that a fact?

JF: Yes.

PP: And isn't it also a fact that that is my fee whether there is a trial, or whether there is no trial? Isn't that a fact?

JF: I believe that's what the retainer says.

PP: Isn't it also a fact that I've told you that I will charge you no more than $40,000.00 in the event that there is a trial regardless of how long that trial took.

JF: Yes.

PP: Haven't I also indicated to you that after your sentence in this matter, you have the absolute right to appeal this decision and this sentence, and this conviction, to the Appellate Division, Second Department, located at 45 Monroe Place, Brooklyn, New York, but that your notice of appeal must be filed to that address, to the Clerk of the Court, within thirty days.

JF: I believe that will be filed the day of my plea.

PP: But, isn't it a fact that I have advised you that you have the right to appeal.

JF: Yes, you have advised me of that.

PP: Haven't I also indicated to you that the actual plea and sentence have really very few Appellate issues. There are none. The thing that you really will be appealing is the issue of the

-28-

search warrant and the suppression of the search warrant and the
seizure of the materials from your home.  Isn't that a fact.

JF:  That is correct.  I also believe we will be appealing the
denial of change of venue.

PP:  That is correct.

JF:  And the denial of the hearing.

PP:  The denial of the hearing for the suppression and for the
search of the property.  Now, isn't it also a fact that I told
you that in the event that Judge Boklan gave you consecutive time
after a trial by jury, if you were to go to trial, that the
Appellate Division has the power to reduce her consecutive time
and to give you whatever time they felt was in the interest of
justice.

JF:  Yes.

PP:  Now, knowing all this is it still your intention to plead
guilty.

JF:  Yes.

PP:  Are you doing this voluntarily and of your own free will.

JF:  Yes.

PP:  Are you under the influence of alcohol or drugs at this
moment.

JF:  No.

PP:  Are you under the influence of any intoxicant whatsoever
that would inhibit you or prevent you from understanding every-

-29-

thing we are discussing.

JF: No.

PP: Do you understand everything that we have discussed?

JF: Yes.

PP: Have you ever been confined to a mental institution or to an insanity ward for any reason, or hospital?

JF: No.

PP: All right, now. I'm going to end this tape now Jesse. Is it your intention to plead guilty on Tuesday, December 20.

JF: As of this moment, yes.

PP: And is that your decision and no one else's decision.

JF: Yes.

PP: And are you pleading guilty because you are in fact guilty, and for no other reason.

JF: Yes, Peter. That is correct.

PP: Now, Jesse.

JF: Yes, Peter.

PP: Isn't it a fact that you went for a lie detector test at Richard Arthur's office at my direction in New York City.

JF: That is correct.

PP: And haven't you been told that insofar as the lie detector was concerned, that the lie detector showed that you were not telling the truth?

JF: That is what I was told.

PP: And isn't it also a fact that you have discussed this plea of guilty that you are going to be taking with your therapist, Marty Berenberg, and other therapist, Connie, what's her name?

JF: Kennedy.

PP: Kennedy.

JF: Yes, that is correct.

PP: And you are doing this plea of guilty, you are going to take this plea of guilty after full discussion of that plea of guilty with both those therapists.

JF: Yes.

PP: And you discussed this plea of guilty with your father.

JF: Yes.

PP: In fact, on December 17, 1988, which was yesterday, you flew out to Wisconsin and spent the entire day with your father.

JF: Two hours with my father.

PP: Your father is in Federal prison in Wisconsin?

JF: That is correct.

PP: And after you spent the two hours with your father

JF: Two hours

PP: You discussed your eventual plea of guilty with your father. Correct?

JF: Correct.

PP: Now isn't it also fair to say that when you first came to me you indicated that you were going to trial.

-31-

JF:  That is correct.

PP:  However, certain things have changed since June 3, 1988, which have changed your mind and made you desire to plead guilty. Would this be a fair statement of facts that since the last, that since the day you retained my services, that you have been indicted on a subsequent indictment, on a new indictment, and on the new indictment you are charged with over 190 counts.

JF:  That is correct.

PP:  And, your father Arnold Friedman is named in two of these counts.  Actually, he is named in five of them, but three have been dismissed.

JF:  That is correct.

PP:  And your father has already plead guilty to everything.

JF:  He indeed has.

PP:  And Ross, who is a co-defendant in this indictment has not only indicated that he would testify for the state, and against you, but he has in fact given under oath, a question and answer to the District Attorney's office, and in that question and answer, he has told them that everything that you are accused of, did in fact happen.

JF:  That is what I've been told.

PP:  It is because of those reasons plus the fact that there are approximately fourteen children in all who could testify against you at this point, Ross, and there have been allegations that

-32-

perhaps Gino Scotto and/or Danny Ackerman may be subpoenaed to trial, that all of these factors have induced you to plead guilty.  Correct?

JF:  Correct.

PP:  Elaine Friedman, you are sitting here.  Correct?

EF:  That is correct.

PP:  State your name for the record please.

EF:  Elaine Friedman.

PP:  And Elaine, you are what relation to Jesse?

EF:  I am Jesse's mother.

PP:  And how old are you, Elaine?

EF:  Twenty-nine plus.

PP:  Okay, I'm going to go on to a new tape.  This tape has ended.

PP:  Now we are continuing with this tape.  The tape is actually on side one of this tape, but it is the third side of the December, 19, I'm sorry, December 18, 1988 tape.  I am sitting with Jesse, I am sitting with Jesse Friedman and his mother Elaine Friedman, and we will continue the conversation with Elaine Friedman.  Elaine, you have been in my office on many, many occasions since June 3, 1988.  Correct?

EF:  Correct.

PP:  And we have over the course of the last couple of weeks been discussing the possibility of a plea of guilty.  Correct?

-33-

EF:   That is correct.

PP:   You are well aware of Jesse's rights to a trial by jury, his rights to confront witnesses, to be cross-examined, to cross-examine those witnesses, to put the DA to his test of proof, to make the DA prove his case against Jesse, beyond a reasonable doubt, and have the children testify for me to cross-examine the children, and all the other constitutional rights that Jesse has. Are you not?

EF:   That is correct.

PP:   And we discussed this many times.  Isn't that a fact.

EF:   Yes.

PP:   And, can you please state what you think is in Jesse's best interest, whether he should go to trial or whether he should take this plea offer of six years on a minimum and eighteen years on a maximum.

EF:   It is for Jesse's best interest to take the plea offer and not to go to trial.

PP:   Why do you feel that it is in his best interest to take a plea and not to go to trial.

EF:   If Jesse were to go to trial he would probably get a much more severe sentence.

PP:   And are you convinced that the plea for Jesse of guilty to one count of sodomy as to each of the children with a sentence of six to eighteen years in jail, is the best thing for Jesse to do.

-34-

EF:  Yes, I'm convinced of that.

PP:  And have you given this much thought, Elaine?

EF:  I have given this almost a year's thought.

PP:  And, have you discussed this with Jesse?

EF:  Yes I have.

PP:  And does Jesse believe this is in his best interests?

EF:  Yes he does.

PP:  And have you discussed this plea offer with me in Jesse's presence?

EF:  Yes, I have.

PP:  And does Jesse express to me that it is in his best interest to take this plea?

EF:  Yes it is.

PP:  You've known Jesse all his life, haven't you?

EF:  I'm his mother.

PP:  And do you feel that Jesse knows what he is doing here?

EF:  Jesse knows what he's doing.

PP:  Do you feel that Jesse is rational?

EF:  Yes, he is.

PP:  Do you feel that he is taking this plea, voluntarily, and of his own free will?

EF:  Yes, he is.

PP:  Do you feel that Jesse is doing this knowingly?

EF:  Yes, he is.

PP:  Who does Jesse live with?

EF:  He lives with me.

PP:  Is there any evidence that Jesse has been on drugs or alcohol or in any way impaired in such a way that his judgment would be affected.

EF:  No.

PP:  And, Jesse has entered a therapy session with you.  Correct?

EF:  Yes.

PP:  And who do you see in that therapy session?

EF:  Connie Kennedy.

PP:  And how often have you been seeing Connie Kennedy?

EF:  Once a week.

PP:  And for how long have you been seeing Connie Kennedy?

EF:  Almost a year.

PP:  And have you been seeing her with Jesse?

EF:  Yes.

PP:  And is this plea discussed openly with Connie Kennedy?

EF:  Yes.

PP:  And does Jesse indicate that it's in his best interests to take this plea.

EF:  Yes.

PP:  And does Connie Kennedy indicate that she agrees that it is in Jesse's best interests to take this plea?

EF:  Absolutely.

-36-

PP:  And have you both told me after speaking with Connie Kennedy
that you feel that it would be in Jesse's best interests to take
this plea?

EF:  Yes.

PP:  Have I ever done anything at all to force Jesse to take this
plea?

EF:  No.

PP:  Have - Isn't it a fact that I have told you that I would try
this case by trial by jury to it's conclusion, whether it took
six weeks or six months, or six years and that I would never
charge you another nickel other than that which you have already
paid me.

EF:  Yes, that's true.

PP:  And do you believe that to be true?

EF:  Yes, I believe it to be true.

PP:  And in fact I have charged you $25,000.00 plus a $15,000.00
bail assignment transfer, and I have stated in a retainer, and I
have stated orally to you now, that that would be my whole fee
whether this matter went to trial or did not go to trial.  Isn't
that a fact?

EF:  That's a fact.

PP:  Okay.  Jesse, do you have any questions?

JF:  Yes.  Does that retainer include all my appeals?

PP:  That's the only thing it doesn't include.  If you recall, I

have a copy of the retainer. The retainer says that if you want
to appeal this case, which you have an absolute right to appeal,
that I would charge you a maximum of $15,000.00 additional money
for an appeal, but the cost of printing of that appeal and the
cost of the transcripts would have to be borne by you. Do you
have any other questions?

JF: Yes.

PP: What.

JF: What's the best way to Manhattan from the South Shore?

PP: Before we get on to that. Elaine, do you understand that
Jesse has, if he takes a plea here, and after he is sentenced,
has an absolute right to appeal his conviction by filing a Notice
of Appeal with the Appellate Division, Second Department within
thirty days of his sentence, and the Appellate Division, Second
Department is located at 45 Monroe Place, (New York, I'm sorry)
Brooklyn, New York. Do you acknowledge me telling you that Jesse
has these rights and where and how to file a Notice of Appeal?

EF: Yes, I do.

PP: Now, I was not the lawyer, Elaine, when Arnie was arrested
and when Arnie was convicted and sentenced. Isn't that correct?

EF: Correct.

PP: You have indicated to me and so has his attorneys, and so
does the Court record that Arnie plead guilty and admitted to all
of the acts for which he was accused. Correct? Or for

-38-

EF:   Felonies.

PP:   The felonies, okay.  So they didn't require him to plead guilty to the misdemeanors but he did plead guilty and admit to all of the felonies.  Correct?

EF:   Yes.

PP:   And those felonies include sodomy in the first degree?

EF:   Yes.

PP:   And he admitted that he sodomized children between and little boys between the ages of eight and twelve years old?

EF:   Yes.

PP:   Isn't it also a fact that Arnie gave a closeout statement that allegedly was some four hours in duration after the plea. How long was it?

EF:   It was four hours.

PP:   But he gave a closeout statement.  Correct?

EF:   Yes, he did.

PP:   And in that closeout statement, Elaine, he admitted to other sodomies on other little boys as well as the ones he was charged with.  Correct?

EF:   Correct.

PP:   And are you now convinced that your husband plead guilty because he was in fact guilty of those sodomies?

EF:   Yes.

PP:   And are you also in support of Jesse's plea of guilty to all

-39-

of these charges that he is going to be pleading guilty to
because you are also convinced of Jesse's guilt to the charges
for which he is charged?

EF:  Yes.

PP:  Okay Elaine.  I have no further questions at this time and
that will conclude the interview with Jesse and his mother,
Elaine, in each other's presence.  And Elaine, were you and Jesse
indeed in each other's presence during this interview.

EF:  Yes.

PP:  That is the end of the interview.


PP:  Okay, that is the end of this tape and the end of this
interview.  I'm rewinding it.

-40-

STATE OF NEW YORK)
                 )  s.s.:
COUNTY OF NASSAU )

I, JESSE FRIEDMAN, the undersigned, have read the foregoing transcript of conversation of December 18, 1988.

I have read the foregoing, know the contents thereof, and that the same is true of my own knowledge.

                              _____
                              JESSE FRIEDMAN

On this 20th day of December, 1988, before me personally came JESSE FRIEDMAN, to me known to be the person described in and who executed the foregoing instrument.  Such person duly swore to such instrument before me and duly acknowledged that he executed the same.

                              _____
                              Notary Public

-41-

# E X H I B I T   3

I.N.G./GERALDO RIVERA   TEL No.212-581-8196        Feb 14,89  9:23 No.003 P.01/2

# Media Transcripts, Inc.

**41 West 83rd Street, New York, N.Y. 10024,   (212) 362-1481   FAX 799-3482**

| | |
|---|---|
| **FOR** | THE INVESTIGATIVE NEWS GROUP |
| | 311 West 43rd Street |
| | New York, NY   10036 |
| **PROGRAM** | GERALDO RIVERA                **STATION** |
| | KIDDY PORN |
| | TAPE 1. |
| **DATE** | **CITY** |

INTV W/JESSE FRIEDMAN

GERALDO: First part, let's start at the
end and we'll work our way back.   Okay.

What was your reaction when the judge
passed sentence and then recommended that you
spend the maximum time in prison?

JESSE:  Well, I knew the sentence I was
getting.  It was ... it was a prearranged
deal.  I had a feeling the judge was going to
recommend I do the full time.  I was hoping
she wouldn't.  I thought that she'd be able to
read the report and understand the situation.
I understand her position and I understand the
feeling of the community at large and I can
see that it was ...it was ... it was

I.N.G./GERALDO RIVERA   TEL No.212-581-8196        Feb 14,89  9:23 No.003 P.02/28

**Media Transcripts,**
PROGRAM                ING/GERALDO -Kiddy Porn Tape #1.         Page 2

necessary.  She had done the same thing at my

father's sentencing.  So, it wasn't too much

of a surprise to me.

GERALDO:  Do you remember what you said

to the judge prior to the sentence being

handed down?

JESSE:  Yeah.

GERALDO:  Can you repeat it right now?

JESSE:  Ah .... I told her I .. I was

truly sorry in my heart for everything that

happened.  I feel terrible for the children

who were involved and who were victimized.

But that I was a victim also.  Everybody

involved was a victim of my father.  Myself,

the children, certainly the families of the

children and the community.  We are all

victims of my father.  I ... I'm looking

forward to spending my time in jail

productively and getting an understanding of

what happened and how it was wrong and had to

see it and prevent it from happening again.

Basically, the one thing I wish most is that I

could have been able to stop it sooner.  I

Appendix 000511

**Media Transcripts,**
PROGRAM          ING/GERALDO -Kiddy Porn Tape #1.          Page 3

wish I had the power to have stopped what was
happening.

GERALDO:  Why didn't you have the power,
Jesse, why did it take the police and the
Federal authorities to stop this ... this
bizarre and horrifying conduct?

JESSE:  I was ... after years and years
and years of ... of a very bad situation
between my father and myself and the whole
family, it ... (SIGHS) ... I was too scared!

Once ... once I realized what was going
on and that it was getting worse the stakes
got worse.  As more and more bad things
happened, there was more and more pressure
from my father.  There was more and more fear
that grew inside of me, that if anybody ever
fought out, it would be horrible for
everybody.  I was scared for myself.  I was
scared that I'd lose my father, which ... was
the most important thing to me. for most of my
life.  And I was scared that I'd lose my
opportunity to get away from what was

Appendix 000512

T.N.G./GERALDO RIVERA  TEL No.212-581-8196        Feb 14,89  9:23 No.003 P.04/28

**Media Transcripts,**
PROGRAM              ING/GERALDO -Kiddy Porn Tape #1.         Page 4

happening and put an end to it the only way I
came to the conclusion I could.

GERALDO:  What is your estimation of the
number of victims?  How many kids?

JESSE:  That's very difficult to say.
There were certain children who were actually
physically abused.  There were certain
children who weren't actually physically
abused, but were witness to what was going on.
Certainly, I would imagine the friends of the
poor kids who were being abused ...

GERALDO:  How many kids, Jesse, did you
and your father physically abuse in your home?

JESSE:  (LONG PAUSE)  I guess seventeen.

GERALDO:  Seventeen different children.

JESSE:  Seventeen children.

GERALDO:  Ranging in age from what to
what?

JESSE:  Nine to eleven.  Mostly ...
mostly around ten and eleven.

GERALDO:  What did you do to the
children?

Appendix 000513

A0974

I.N.G./GERALDO RIVERA   TEL No.212-581-8196         Feb 14,89  9:23 No.003 P.05/2?

**Media Transcripts,**
PROGRAM                ING/GERALDO -Kiddy Porn Tape #1.          Page 5

(PAUSE)  I fondled them.  I was ... forced to

... to pose in hundreds of photos for my

father in all sorts of sexual positions with

the kids.  And the kids likewise with myself.

    (CLEARS THROAT)

    Oral sex going both ways.

    I was forced to pose with my penis

against their anus.  I would control the kids.

I would keep them in line if ... if a class

got too riled up.

    (PAUSE)

    GERALDO:  Why didn't the kids ever tell?

    JESSE:  The same reason I never told.

    GERALDO:  Did you threaten them, Jesse?

    JESSE:  I sort of felt on the same level

as the children.

    GERALDO:  I'm not asking you how you

felt. I'm asking you if you threatened the

kids and told them that if they told,

something awful would happen to them.

    JESSE:  Yeah.

    GERALDO:  What did you say?  What did you

**A0975**

I.N.G./GERALDO RIVERA   TEL No.212-581-8196        Feb 14,89  9:23 No.003 P.06/28

**Media Transcripts,**
PROGRAM                 ING/GERALDO -Kiddy Porn Tape #1.        Page 6

olds and the eleven year olds?

JESSE:  I just told them that if they

told anyone what was going on, that it would

.... (PAUSE)

I was too scared.

GERALDO:  Jesse.  We're not up to that

yet.  What did you tell the children?

JESSE:  Please stop for a moment?

Please.

CUT.


CUE: "ROLLING"

GERALDO:  I want you to tell me what you

told the kids and then we'll get into your own

victimization.  We'll establish that.  I

promise.  But now we have to establish what

you did.  What did you tell those kids.  What

did you tell those nine year old and ten year

olds and eleven year olds?

JESSE: I told them...that...if they told

anyone what was going on...that...I...I knew

terrible, terrible things would happenAppendix 00565

A0976

I.N.G./GERALDO RIVERA   TEL No.212-581-8196          Feb 14,89  9:23 No.003 P.07/2

**Media Transcripts,**
PROGRAM                  ING/GERALDO -Kiddy Porn Tape #1.          Page 7

would...would hurt them much worse...than he

had been doing already.  I...I know my... my

father had made vicious threats to the kids

about...about burning down their homes and

things like that and...I...re-established

that with the kids that I...I thought it was

completely possible that my father would

actually burn down their homes or...or... or

hunt down their parents or something like if

...if they told what was going on.

GERALDO: You're in here now...for a long

time.  How do you feel about what you've done.

How do you feel about the threats?  How do you

feel about them, the blackmail...the

intimidation of these little children?

JESSE: It was all horrible.  I mean...

GERALDO: How do you feel about yourself,

Jesse?

JESSE: I feel terrible that...I wasn't

able:..I didn't have the strength or...or the

knowledge from...from not having grown up

enough or not having learned enough to have

Appendix 000516

A0977

I.N.G./GERALDO RIVERA  TEL No.212-581-8196      Feb 14,89  9:23 No.003 P.08/28

**Media Transcripts,**
PROGRAM              ING/GERALDO -Kiddy Porn Tape #1.              Page 8

that I could have done something, that I could
have...I could have told the kids...tell your
parents what's going on.

GERALDO: But you were enjoying it weren't
you?

JESSE: Oh no.  Oh I never enjoyed it  I
hated every minute of it.  It...it was...it
was...it was degrading.  It was...it
was...disgusting. It was...it was...mentally
painful to go through. It...

GERALDO: Would this happen ever day of
the week Monday through Friday?

JESSE: Oh no.  No.  Classes were only...
usually two...sometimes we had three...
different classes a week.  The kids came once
a week and there were times when...we held
computer class and...there wasn't abuse going
on. It...it wasn't a...particularly, every
single time...every day of the week with the
kids.

GERALDO: It was a common pattern. I
mean...

Appendix 000517

A0978
.N.G./GERALDO RIVERA TEL No.212-581-8196 Feb 14,89 9:23 No.003 P.09/28

**Media Transcripts,**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #1.          Page 9

definitely a common pattern.

GERALDO: Those kids knew when they were coming to your place what they they were coming for.

JESSE: Yes. They knew what could possibly go on and what would happen.

GERALDO: And the picture taking.

JESSE: Constantly. Always...that...for the most part...that was the reason it...it went on. My father was avidly interested in photography...for years and years and years and...that was...where he dragged me into it.

He wanted...pictures of sex acts with the kids and he needed someone to...perform sex acts with the kids and...he...forced me to do it.

GERALDO: What did he say to you?

JESSE: It wasn't so much what he said to me it was...what I knew...from growing up with him what would happen if I said no to..

GERALDO: Were you his first victim?

JESSE: As far as I know.

Appendix 000518

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 26 of 122 PageID #: 5537

**Media Transcripts,**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #1.          Page 10

> GERALDO: And what did he do to you? More
>
> photography?
>
> JESSE: He did just about everything to
>
> me.  He...used me for...what's now...been ten
>
> years of life, the past ten years of my life
>
> he...used me and abused me...basically
>
> whenever he felt like it.
>
> GERALDO: In...in sex acts you mean?
>
> JESSE: Yeah.  It...it started when I was
>
> ...about eight or nine and he'd...he'd fondle
>
> me.  He'd read me bedtime stories and...and
>
> he'd fondle me in bed and he'd shower with me
>
> and he'd...he'd play with my penis.  And as I
>
> hit puberty he...he became ac... actively
>
> involved in...in having sex with me.
>
> GERALDO: Didn't you tell your mother?
>
> JESSE: I couldn't tell anyone.  At first
>
> I didn't say anything because...there were
>
> lots of reasons.  At first...I like it.  It
>
> was...it was some signs of affection, some
>
> signs of..of...of loving or caring in the
>
> world.

**Media Transcripts,**
PROGRAM              ING/GERALDO -Kiddy Porn Tape #1.          Page 11

and...teased me and beat me up as older

brothers do to their younger brothers all the

time and then being so much older than me as

they are...and...being two of them I was...I

never had a relationship with them. My mother

was never much involved in being with me or

caring about me.

GERALDO: Do you really believe your

mother didn't know over ten long years what

your dad and you were doing?

JESSE: She didn't outrightly know.  I

think if she did...she would have done

something.  She might have suspected. She

might have suspected and...and...and...and

buried it, not wanting to face it. But if she

had...if she had actually known she would have

said something.

GERALDO: What'd your father do with these

photographs?

JESSE: He would send them off to friends

of his who...had darkrooms who could develop

them.  We...we don't have a darkroom. He

always just sent them out.  I mean sometimes

Appendix 000520

**Media Transcripts,**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #1,          Page 12

he would give them to friends, mostly he
mailed them.

    GERALDO: Do you remember to who he sent
them?

    JESSE: It was just friends.  Like...there
was...there was ███ and there was...there was
███.  I never met...I never met them.

    GERALDO: (OVER) Obviously...people in the
same kiddie porn underground?

    JESSE: Yeah, people with the same
interests, the same...perverted desires.  I...
I...I never met any of them and...and...I
never much probed where they went somehow.  I
mean he wouldn't tell me anyway.

    GERALDO: Did he also take videotapes?

    JESSE: Yeah.  Yeah.

    GERALDO: Videotapes of you in action with
the children?

    JESSE: Yeah.  And the kids naked. Yeah.

    GERALDO: How many kids would be in one
episode?

    JESSE: Well there was anywhere from...
four to...to eight kids in...in a class.

**Media Transcripts,**
PROGRAM          ING/GERALDO -Kiddy Porn Tape #1.          Page 13

GERALDO: All boys.

JESSE: For the most part. Evidently
computers wasn't a very...girl thing to do and
I guess my father always discouraged the girls
from enrolling.

GERALDO: Because of his particular
tastes?

JESSE: Yeah.  He just...he loved boys.
Disgusting but true.

GERALDO: Did you sit and screen the
videotapes with you dad?

JESSE: No I couldn't watch them. No, I...
I don't think I've ever actually even...
watched a single one of them.

GERALDO: What about the photographs?

JESSE: I saw some of the photographs.
Some of them came back. He had his own
personal collection of his favorites. I was
never interested in looking at them.  It made
me even more sick than I already was.

GERALDO: Did he sell them?

JESSE: I don't think he actually sold
them.  I think it was mostly just a...

A0983

**Media Transcripts,**
PROGRAM                 ING/GERALDO -Kiddy Porn Tape #1.          Page 15

                        GERALDO: Tell me.

                        JESSE: I wasn't home when the...the

                federal officers came. I was at school.  And I

                came home. I think it was about a week after

                they came and I noticed that...things were all

                out of place from the way I'd left them.  And

                I also noticed there was something very

                peculiar...


                        END OF TAPE 1.

Appendix 000524

A0985

L.N.G./GERALDO RIVERA  TEL No.212-581-8196          Feb 14,89  9:23 No.003 P.16/2

**Media Transcripts, Inc.**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.          Page 16

START TAPE 2.

GERALDO: Okay, you get home, Jesse,
everything's out of place...

JESSE: Yes.

GERALDO: (OVER) When do you reali... at
what point do you realize that the place has
been raided by the cops and that your worst
nightmare had come true?

JESSE: My father took me aside when I got
home and I went to my father. I said: Look,
what's up? And...he took me out for a walk
and...he told me what had happened, that the
police had come. That my mother...found out
about the magazines and the photos and all.

She...at that point wasn't talking to
him. She had moved in with my grandmother.
And he told me...that...well he told me he
wanted to kill himself. He told me he wanted
to kill me too and take me down with him. He
was so scared of anybody finding out
about...about what was really going on

Appendix 000525

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 33 of 122 PageID #: 5544

**Media Transcripts, Inc.**
PROGRAM              ING/GERALDO -Kiddy Porn Tape #2.          Page 17

that...he was really willing to take his life
and my life.

GERALDO: Why didn't he?

JESSE: Well...I left very quickly.  I
told him I wouldn't help.  I told him I'd
...I'd keep it a secret.  I...I told... I...I
...I basically convinced him not to kill
himself.  Just because I loved him so much and
I just...the thought of losing him would have
just...the thought of...the thought of losing
him would have...would have killed me.

GERALDO: Still.

JESSE: What do you mean?

GERALDO: Even after what he had done to
you and to the boys.

JESSE: For most of my life he was the
only person who ever loved me.  He was the
only person who ever...was with me, who would
do things for me, who'd show any sort of
affection...

GERALDO: (OVER) He used you.

JESSE: (OVER)...towards me.          Appendix 000526

A0987

**Media Transcripts, Inc.**
PROGRAM                        ING/GERALDO -Kiddy Porn Tape #2.                Page 18

first as a sex object and then as an – actor

in his perverted movies.

JESSE: It took me a long time to realize

that.  It took me until...I guess I was...it

took me til I was seventeen to realize that.

GERALDO: When did you...realize that you

have better tell the truth?

JESSE: Well my mother asked me about what

has gone on and I gave her some silly story

and just went back to school. And...tried to

think about the whole thing.  I debated for

...many days as to what to do. My father would

call and I...I wouldn't take his calls.

My mother would call. I told my room

mates...don't take their calls.  I basically

tried to just...just put it aside and hope

that...that...in some strange way it wouldn't

be pursued. And...

GERALDO: That they wouldn't come after

you.

JESSE: Well that...that it wouldn't go

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 35 of 122 PageID #: 5546

**Media Transcripts, Inc.**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.               Page 19

magazines and all the videotapes and left.

And it seemed like that was it. They just
wanted to confiscate all the stuff and...and
find out my father's contacts and things. And
in some way or another I...I...I don't know if
I was lucky or unlucky but I managed to put
the whole thing off until I came home for
Thanksgiving and...that was...that was the big
shock.

I...I came home and I went out with a
bunch of my friends and went into New York
City for the day...shopping and stuff.  I was
planning on staying out the whole day and then
I decided I'd go home for dinner.  I called
them up to tell them to expect me for dinner
and someone answers the phone.

I...I said hello...and she goes...who is
this?  I say; It's Jesse.  Who are you trying
to reach?  I was just trying to reach my home.
The voice...you've reached your home; your
mother and father have both been arrested. Are
you coming home? I told them, yeah. Said; Well
you'll be briefed when you get here.

Appendix 000528

A0989

I.N.G./GERALDO RIVERA  TEL No.212-581-8196        Feb 14,89  9:23 No.003 P.20

**Media Transcripts, Inc.**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.              Page 20

And I...I think it was...it was at that
moment...that...well I...I think I basically
just turned to jelly. I...my friends asked
what was wrong. I...I certainly couldn't tell
them. I just told 'em I had to get home and
they knew there was something very wrong and
they...they took me sort of...very carefully
escorted me, we got on the train, came home
and...I really wasn't sure what to expect when
I got there.

I was..I was..scared out of my wits. I
was...I was almost just too scared to go home.
I was really convinced I would just stay in
New York City and just..not go home. Just
figure something else to do and just not go
home for a long time.

GERALDO: So you got home and...

JESSE: And I found...TV cameras
everywhere. Policeman everywhere. My brother
pulled me aside and he told me what had
happened, that they'd both been arrested and
...police officer came and said they wanted me
to come inside. They went in

Appendix 000529

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 37 of 122 PageID #: 5548

A0990

**Media Transcripts, Inc.**
PROGRAM          ING/GERALDO -Kiddy Porn Tape #2.       Page 21

I went in and...police everywhere. They...they
were taking everything. They were going
through every box. They weren't leaving
anything unturned.

I still wasn't sure what was going to
happen. I...I thought they'd just question me
about what had gone on. And I guess I sort of
realized at that point I was going to have to
start telling someone what had gone on. And
they arrested me.  They questioned me for
awhile and then they said; You're under arrest
and they slapped handcuffs on me.

And...they took me out in front of the TV
cameras and...and...threw me in the car and
drove me down to the police station. I wasn't
really sure what was going on.

GERALDO: Jesse, you weren't really sure
or...you were very sure.

JESSE: I was very scared and...I was
quickly realizing that my worst nightmare had
come true.  And I also realized that what I
had feared all along.  I ...

Appendix 000530

**Media Transcripts, Inc.**
PROGRAM                    ING/GERALDO —Kiddy Porn Tape #2.          Page 22

GERALDO: If it were my child in your computer class I would probably want to kill you, Jesse.

JESSE: I can understand that. If it... were my child and someone did it to my child I'd want to kill them too.

GERALDO: What you've done is one of the most horrible crimes you could possibly commit.

JESSE: That's true. That's very true. I ...perfectly understand how everybody is so appalled at what had gone on. I realize that now. Four years ago, I didn't.

GERALDO: Seventeen kids.

JESSE: Yeah.

GERALDO: The state says probably three times that many.

JESSE: Well there were kids who were in the classes who were witness to what was going on who...all for different reasons never were actually physically abused by my father.

GERALDO: Or you.

Appendix 000531

Media Transcripts, Inc.

PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.          Page 23

GERALDO: And there was a neighbor involved.

JESSE: Yeah.

GERALDO: A buddy of yours.

JESSE: Classmate.

GERALDO: And for how long was he a participant?

JESSE: For...for...

GERALDO: (OVER) And what did you have ...did you have a party over there. you, your buddy and your dad and the kids?

JESSE: Well...he just happened to come in one day. Just to stop in and say hi and he walked in on...on...on...my father taking pictures with me having...I was...guess I was fondling the kid...I mean the...the kids, most of the kids were...naked or half naked and he was talking pictures.

And...the...the only...I...what my father did at that point...was he...he offered him money. Not do much to not say anything but

A0993

I.N.G./GERALDO RIVERA TEL No.212-581-8196 Feb 14,89 9:23 No.003 P.24/28

**Media Transcripts, Inc.**
PROGRAM                ING/GERALDO -Kiddy Porn Tape #2.            Page 24

with the kids. Cause he...wasn't in as many of

the pictures as he wanted to be.  He wanted

pictures of...of me and him having sex.

GERALDO: With the kids.

JESSE: Well him having sex with me.

GERALDO: Your father wanted pictures of

him having sex with you, his son.

JESSE: Yeah.  Yeah. And...he paid Ross to

take pictures of it.

GERALDO: It's so sick, Jesse.  It's so

perverse.

JESSE: It's...it's worse than that. But

it wasn't as if...it's as...started happening

when my...it gradually...grew into worse and

worse things...and...once it got started it

was very difficult to stop.  It was impossible

to stop.

GERALDO: (OVER) Where would it have ended

up?  Where would it have ended up if you had

not been caught? What would have been next;

snuff films; killing the children and

photographing...

Appendix 000533

.N.G./GERALDO RIVERA   TEL No.212-581-8196          Feb 14,89  9:23 No.003 P.25/28

**Media Transcripts, Inc.**
PROGRAM          ING/GERALDO -Kiddy Porn Tape #2.          Page 25

GERALDO: (OVER) ...their deaths?

JESSE: I...truly believed...once I got
away from my father, once I left for
school...that it would stop. I always saw
myself as the object of his desires. It was...
it was me being there that caused him to start
abusing the kids in the first place.

It was...it was...me...saying no to him
as I grew up and had the courage to say; No,
dad, don't do that. That he started...doing
things to the kids.

GERALDO: You said off camera that you
were concerned about how your father feels.
Well why are you concerned about this... this
hateful, disgusting man?

JESSE: He's my father. He will always be
my father. I...loved him very much for many,
many years in...in...(COUGHS)....in the only
way I...I knew to love my father.

GERALDO: You know the expression, short

Appendix 000534

V.G./GERALDO RIVERA   TEL.No.212-581-8196          Feb 14,89   9:23 No.003 P.26/28

Media Transcripts, Inc.
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.          Page 26

abusers, where you're going.  How do you think
the prisoners, the other inmates will treat
you?

          JESSE: Horribly. If not worse.  I've ...I
had a taste of it on the outside. I had a
brief taste of it here.  And I guess I can
only expect it to get worse. There really
isn't much I can say to any of them.

          GERALDO: Or to us.

          PHONE RINGS.

          JESSE: I guess not.

          GERALDO: Eighteen years.

          PHONE KEEPS RINGING.

          JESSE: Hopefully not. (PAUSE)  I'm not...
I'm not a pedophile.  I don't...enjoy having
sex with kids.  I...was never...interested or
had fantasies about having sex with boys. I'm
not a homosexual.  I never...felt like I...
I...never asked my father to have sex with me.
I...I never...

          GERALDO: (OVER) Then...then what are you

A0996

I.N.G./GERALDO RIVERA. TEL. NO. 212-581-8196          Feb 14,89   9:23 No. 003 P.27/28

**Media Transcripts, Inc.**

PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.          Page 27

JESSE: I'm a victim of a very bad

childhood.  My father...

GERALDO: That's what Charlie Manson says.

JESSE: I don't know much about Charlie

Manson. What I do know is that...I relied on

my father...as a child to...

GERALDO: (OVER) You take no

responsibility?

JESSE: No. It's not that...I...I...I

don't deny I have responsibility for what

happened.  At times I feel like I...have more

responsibility than anybody else because... of

everybody involved, I should have been the one

to say something to stop it, to do something

about it and I feel awful that I couldn't.

GERALDO: Or  didn't.

JESSE: And didn't.  I...didn't know as a

sixteen year old that...physical contact of

that sort with your father was...uncommon or

...or wrong.

GERALDO: You didn't know.  How could you

not know?

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 44 of 122 PageID #: 5555

**Media Transcripts, Inc.**
PROGRAM                    ING/GERALDO -Kiddy Porn Tape #2.        Page 28

knowing.  It was what I grew up with.  It was
all I knew.

OFF CAMERA COMMENTS.

GERALDO: Well I think Peter will make a
...a good case for some kind of compassion in
sentencing but...he ought to...he also better
make a good case to keep you in isolation up
there because that....

JESSE: Yeah.

GERALDO: ...I mean the real...I mean
those...those black and Puerto Rican daddies
up there are not going to...

JESSE: It's not just the blacks and
Puerto Ricans...

GERALDO: (OVER) ...care.

JESSE: ...it's everybody.

GERALDO: I was just talking from a
personal experience, they're just not going
to...they're not going to be your fans.  Okay.
Good luck.

# EXHIBIT 4

BOKLAN INTERVIEW —

WORKING COPY

HIT THE GROUND RUNNING FILMS

"CAPTURING THE FRIEDMANS"

INTERVIEW WITH ABBEY BOKLAN

CORRESPONDENT: NOT IDENTIFIED

PRODUCER: NOT IDENTIFIED

TAPE #111 CR# 47-50

(OFF-MIKE CONVERSATION)

QUESTION:

Well, that's a lot of times the best way to do it
is you don't, you know, you don't have any fear
going in.  And they say, "Well, there's only one
candidate that we saw that was completely
fearless and relaxed.  And, you know, she seems
like she's the best person--"

ABBEY BOKLAN:

Well, I wasn't relaxed once the-- the real
campaign started.  First of all, I took my
children's college money a-- as the money-- a lot
of the money that we were expending during the--
especially the contested primaries, you know.  I
mean, I-- was just crazy.  But I found a red
rabbit's foot on the courthouse steps-- red is my

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                    PG. 2

favorite color-- the day the call came from the
governor.  So in my strange head, I figured, I
(LAUGHTER) couldn't lose.

                    QUESTION:
Great.

                    ABBEY BOKLAN:
Yeah, maybe I was just really a wild--

                    QUESTION:
Tell me about the--

                    (OFF-MIKE CONVERSATION)

                    QUESTION:
Just give me some background-- you were saying
that one of the things you do is you prosecuted
murder cases.

                    ABBEY BOKLAN:
Yes, I--

                    QUESTION:
Because I'm curious about that, 'cause this case,
obviously, was a-- this was a tough case in a lot
of ways, so I'm curious about that experience
that you had with murder cases, and that kind of-
- you know, you weren't a shrinking violet at

CONFIDENTIAL

TAPE #111 CR# 47-50

that point--

ABBEY BOKLAN:

No, well even before the murder cases, I was head

of the sex crimes unit of the-- district

attorney's office here in Nassau County.  And I

was the one who started the use of the rape kit,

the start of the use of the-- sex crimes dolls.

I don't know if you're familiar with them.  It's

Raggedy Ann and Andy with genitalia, type things.


And from there, I became the deputy chief of the

trial bureau of county court, training other

people to try cases.  And-- then I became a

member of the Major Offense Bureau.  No, I think

it was reverse.  (UNINTEL) that-- I-- that came

after the Major Offense Bureau.  So in the Major

Offense Bureau is when I tried the murder cases.


And I was the first woman in Nassau County to

ever successfully try a murder case.  So-- no.  I

really-- I was not intimidated by-- by this case,

if that's what you're asking.  Because that was

CONFIDENTIAL

TAPE #111 CR# 47-50                                                 PG. 4

my background.  Practically all of my

professional career had been working-- working in

criminal law, and with criminal law cases.  So.

QUESTION:

This case.  How did this case-- first come to

your attention?  Do you remember-- what was the

first thing you remember about this case?

ABBEY BOKLAN:

The first-- (UNINTEL) thing I remember-- is when

the case came for arraignment on indictment.  It

was an indictment that came from the grand jury

of-- you know, Jesse Friedman.  And Arnold

Friedman.  And arraigning them.


And the-- the media frenzy that first time was

the first time that I ever dealt with that as a

judge.  In fact, I think this was the first time

in Nassau County the media was ever permitted

into the courtroom for that arraignment.  And

that was how the case came.


I may have read previously in the newspapers

CONFIDENTIAL

TAPE #111 CR# 47-50                                      PG. 5

about-- a search warrant being executed.  But I
don't remember whether I did or not.  Or if it
was even in there.

                    QUESTION:

And when this-- arraignment came, what was your--
what's your first recollection of that, or what
your feeling was when you first saw it?

                    ABBEY BOKLAN:

My first recollection is, I hated those type of
cases.  It was very difficult when I was the head
of the sex crimes unit dealing with young
children who had been abused sexually.  I mean, I
was a mother.  I had two young children of my
own.

So I think that was my first reaction when I saw
the number of counts.  Heard about the number of
children that were involved, the-- this is really
terrible.  My second recollection, as I said, was
the media frenzy out there.  And there were an
awful lot of parents of the young children, and
family members, and community members who were

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

very interested.  So it was a very full

courtroom-- the day of that arraignment.

QUESTION:

And what do you remember about the-- the

Friedmans when they came in?  What was your--

perception of them?

ABBEY BOKLAN:

I didn't have much of a perception.  They-- the

att-- the attorneys do most of the talking-- at

arraignment.  They really didn't speak.  Jesse

was young.  He looked young.


And-- and that was kind of sad.  To see such a

young boy in this situation.  But they were very

quiet.  Both of them were quiet.  And that was

all that I recall about that.

QUESTION:

And after this arraignment (COUGHING)-- what was

the next step that you remember?

ABBEY BOKLAN:

Then we began the conferences, as to whether this

case would be resolved by a plea, or would go to

**CONFIDENTIAL**

trial.  Fairly early on, it became evident that--
the father, Arnold Friedman, was looking to
plead.  My sentencing commitments, if he pled,
were-- was very, very high.  It was 10 to 30
years.  The district attorney had indicated that
that-- would not be offensive to the-- to the
families were-- that were involved.

And we went through the set of negotiations.  And
he finally determined that he was going to plead
guilty.  Jesse, at that time, the son, was still
indicating that he was not guilty.  That he was
innocent of the charges.  So additional
indictments came down.  Additionally-- more
children were found to be involved.  And-- and
that is my next recollection of that stage.

                    QUESTION:

Was there subsequent indictments (COUGHING)?

                    ABBEY BOKLAN:

The subsequent indictments that came down on
Jesse and another-- another co-defendant as well,
a y-- another young boy.

**CONFIDENTIAL**

TAPE #111 CR# 47-50

PG. 8

QUESTION:

And we can't talk about him because--

ABBEY BOKLAN:

Well, we can talk about him, but we can't talk by name.

QUESTION:

Because he was c-- granted--

ABBEY BOKLAN:

He actually was given youthful addender (PH) adjudication. That was not my choice. My sentence was a stricter one than-- the district attorney had negotiated with the defendant. But I was not a party to those negotiations.

The young man involved agreed to testify in the grand jury, and at later trial, against-- Jesse Friedman, in return for this offer made by the district attorney. Since I was not a party to it, I was not bound by it, I felt. And I gave him an upstate sentence, that was later reduced by an appellate court. (UNINTEL) they granted youthful offender adjudication, and gave a split

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 9

sentence, a six months, as a special condition of
five years probation.  W-- the initial offer by
the district attorney's office, because they felt
that even though the judge (myself) was not a
party to it, that the boy had relied on their
promise when he testified at the grand jury.  So.

QUESTION:

Is it typical that you would be involved in-- in
other cases where the DA makes a deal.  How do
they bring the judge in, so that they do know
that the judge is committed?

ABBEY BOKLAN:

Yes.  We-- well it was supposed to be a-- a
confidence, and then they're supposed to ask the
judge, "Can you go along with this" before any
promises are made.  Because they know-- except in
a very strange case like this, that until the
judge commits to a certain sentence, there really
is-- no plea that has been worked out.  And in
this case, that sentence was not negotiated for
and agreed to by me.

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50

QUESTION:

Do you have a sense of why-- of why it was-- it was handled differently?  Was it-- maybe the pressure of the case, or the intensity of the negotiation or something, that prevented the assistant district attorney from including you in that?

ABBEY BOKLAN:

I think the assistant district attorney thought that they had left the ultimate decision in my hands, and only after the appellate division reversed did everyone realize, or did the appellate division decide, that-- the-- the boy had relied on it, and was entitled to it.  Even though all the rest of us had thought it would be-- left to me at time of sentence, and after reading probation reports, and everything else, to determine what the appropriate sentence was.

QUESTION:

Is there a-- is there any-- do you have any sense of why-- I think that young man took a long time to get to the point where he agreed to turn and--

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 11

and-- testify against his friend, Jesse.  How
does that usually work?  Why would it take a long
time for him to do that?  And what were they
trying to work out?

                ABBEY BOKLAN:

It could very well have been that the-- defense
attorney was trying to get as good a deal as
possible.  Also, it could have been because the
families were enraged.  The victims' families.
That he was getting such a great deal.  That I
can't answer you.  That you'll have to ask the
district attorney's office, because I was not
privy-- to those negotiations.

                QUESTION:

So now, from the standpoint of-- let's just go
back to Arnold for a second.  Arnold ultimately
did plead guilty.

                ABBEY BOKLAN:

Yes.

                QUESTION:

What's your recollection of that?

Abbey Boklan Complete Transcript (111-113).doc

                              **CONFIDENTIAL**

TAPE #111 CR# 47-50

### ABBEY BOKLAN:

My recollection is-- a full courtroom.  The
media.  The TV.  And my greatest concern was that
in no way should the children's names be
revealed, should anyone find out who the real
children were.  Because they had to still live in
the community of Great Neck.  They were in
school.

So that-- I asked most of the questions during
the sentence.  It wa-- it was some things like,
"On such-and-such day, did you do X-- crime?"
And he would answer, "Yes.  Yes.  Yes.  Yes."  So
it wasn't a very long-- it was long, because
there were so many counts being pled to.

But it wasn't a rambling, open narrative, where
the children's names could possibly-- leak out.
I also remember that I was very, very concerned
that there be no photographs taken of the
families, because the young children could be
identified-- through those photographs as well.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

And the tremendous horror if any of this got on--
on television, and they saw their names, or their
families on television, that they were the
victims of the-- these horrendous acts.

QUESTION:

Now, obviously, you felt strongly that there was
a benefit to having the cameras there as well,
because otherwise you would have just kicked them
out. What was your-- what was-- what was going
through your mind? Because they-- they had to
apply to you, I guess--

(OFF-MIKE CONVERSATION)

QUESTION:

So I was asking about the-- the decision-- it was
the first time that cameras were allowed in the
courtroom, I guess, in Long Island or in--

ABBEY BOKLAN:

In Nassau County, I--

QUESTION:

Right. And what was-- what-- what was the-- what
was that decision process?

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50

PG. 14

### ABBEY BOKLAN:

Well, I listened to the defense attorneys, who were opposed, as I recall. The district attorney was not opposed. And of course it's his job to protect the children. It was-- something the community was very interested in. The media was very interested in. and-- and I-- I believe in open courtrooms. And as long as the names of the children, and the children could be protected, I saw no harm in it.

I wasn't that concerned about protecting the defendants. Their pictures, their names, were all over the-- the newspapers. S-- so (LAUGHTER) their reputation at that point was not too good. It was mainly, as I said, the protection of the children. I was assured by the-- the camera personnel, by the media, that they would take no pictures of the families. That they would en-- ensure that they would block out the names of the children.

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                     PG. 15

QUESTION:

If they were used.

ABBEY BOKLAN:

If they were used.  And they would-- take all
measures to protect them.  And-- and they did.
And they were very responsible in their coverage,
as far as that went.

QUESTION:

The-- I mean, obviously somebody-- sex offenders
will say-- and I've even heard some prosecutors
say, as soon as you're on television, and it says
"sex offender," you never will get a fair trial.
You know.  What do you think about that?

ABBEY BOKLAN:

I think they'll get a fair trial.  First of all,
you have the opportunity to-- during voir dire to
speak to the jurors, to make sure they haven't
seen any of the coverage.  Or if they have, that
it won't affect them.

In general, I've been amazed how little the
jurors have read or recall of even some of these

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                             PG. 16

high-profile-- murder cases.  Of course, during a
plea, you don't have to worry about that, because
you know-- they're not going to trial.

I think, perhaps, the greater danger to a
defendant is, if they are going to be
incarcerated.  Because in all the jails,
everybody watches TV as well.  They are
certainly-- fair game to a lot of other
defendants, who consider them the lowest of the
low.  A sexual predator.  Especially one
involving a younger child.

So-- that, I think, is a-- is a true danger.
Sometimes you require protective custody-- of the
defendant, who's been convicted of a sex case.
Especially a young one, such as Jesse Friedman.

QUESTION:

Why do you think that Arnold pled guilty?

ABBEY BOKLAN:

It certainly wasn't because of the mercy of the
sentence.  Ten years to 30 years is a very long

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

time.  He was guilty, in my opinion.  He told me
he was guilty.  And I think, with the amount of
the evidence, he was very concerned that, if he
were convicted after trial, he would get 50
years.  And he would never see the light of day.

As it turned out, since he passed away, he died
when he was in prison-- perhaps he should have
gambled and gone to trial.  Certainly, at trial,
I would not have permitted the media to be
present.  You know, with the young children
testifying.  That's a whole-- since we're
discussing media, that's a whole different story
from a plea, a sentence, an arraignment.

QUESTION:

What is that like?  Have you-- have you been
involved in a case where you had to have kids
testifying in open court like that?

ABBEY BOKLAN:

Yes, I've been a prosecutor on those cases as
well.  Involving very young children.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 18

QUESTION:

And what's that like?  How is that different from
a regular case?  What are the challenges of-- of
dealing with a case like that?

ABBEY BOKLAN:

Tremendous challenges.  First of all, you don't
know until that child is in the witness box,
whether they're gonna talk.  I remember I used to
take some of the very young children down to the
courtroom, and we'd actually play there.  You
know, I'd put them in the witness box, I'd
pretend to ask them questions.

I let them sit in the judge's chair.  I let them-
- sit all over the courtroom, so they became a
little more comfortable.  But when they got into
that witness box, and they faced the person who
abused them-- you can never really be sure that
they're going to not refuse-- refuse to talk.

And then of course they have to go through cross-
examination as well.  It's a horrendous

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 19

experience for a young child.  Absolutely

horrendous.  I used to say to some of them,

"Don't worry, you don't have to look at him or

her.  You can j-- look at me.  Always look at

me."

It-- it was a very tough case.  I found being

head of the sex crimes unit of the district

attorney's office much more difficult.  And

trying those cases, far more difficult than

trying murder cases.  As a judge, I'd much prefer

to try a murder case than any kind of sex abuse

case involving a young child.

                    QUESTION:

Just because of the discomfort of-- of putting a

child through that, and things like that?  Or

also just 'cause of the volatility of the case?

                  ABBEY BOKLAN:

Both.  But my main concern is the child.  It--

it's a horrendous experience to put a child

through.  I had one case that was tried here

where a young girl testi-- (UNINTEL) fied against

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

Appendix 000648

TAPE #111 CR# 47-50                                          PG. 20

her father.  Actually he was acquitted.

You wonder what kind of lingering-- problems that

young girl is going to have.  It's bad enough to

have to stay-- say your-- tell your story.  But

can you imagine if you're not believed?  How you

have to live with that?  And in this case-- some

of the acts that went on in that classroom were

so obscene, and so horrendous, that-- if it were

on a TV program, you would say, "People are

exaggerating.  We don't-- we don't believe it."

So I could imagine what w-- would have gone on,

if we had an actual trial in this case.

                         QUESTION:

There are, I mean, obviously, you know, Arnold

writes you and says, you know, "None of this

happened."  And he writes his open letter and all

that stuff.  Obviously there were some people in

the Friedman camp who said, you know, "It's so

extreme."  You know, "Maybe Arnold Friedman did

something, but banging the kid's head against the

wall, and all these repeated sodomies, and all

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

Appendix 000649

this public activity with multiple adults in the
room.  It's implausible."  And what was your
sense of that?  'Cause you were sitting through
the guilty plea, and all that kind of stuff.

ABBEY BOKLAN:

There was never a doubt in my mind as to their
guilt.  First of all, I knew that all the
children had been interviewed separately.  The
stories were extremely consistent.  I had the
opportunity to read the grand jury minutes, where
these young children testified, as well as the
young co-defendant who we've previously
discussed, who was testifying-- against them.

The stories were consistent with each other.  And
consistent with the evidence that was found in
the federal search warrant.  When the children
talked about certain videos they had seen,
certain pornographic literature that they had
been shown-- and you know, I had all those years
of experience as an assistant district attorney,
and in the sex crimes unit, when I dealt with

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

young children.  And it just rang true.

Then, of course, I have a defendant standing out
there, and answering, "Yes, yes, yes.  Yes, I did
all of those charges."  Maybe there is a
temptation to plead guilty to a minor charge with
a very light sentence, even if you're not guilty,
because you're so afraid of exposure.  But when
you're talking about a sentence, and Arnold's
sentence, as I said, was 10 to 30 years, where
you could spend 30 years in jail.  And you're
admitting to a tremendous number of horrendous
acts.

I don't think someone's going to just do that--
very lightly, unl-- unless they're guilty.  Also-
- Arnold was a very educated man.  This was not
some young person who was being intimidated, who
didn't know what he was doing, who didn't
understand what he was facing.  So, as I said, I-
- I was very comfortable with accepting the pleas
that they were guilty.  And I was very

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

comfortable with sentencing them to long periods

of incarceration.

QUESTION:

When you were-- we talked about what a-- your

impression of Arnold and Jesse a little bit,

although they didn't do as much talking.  Did you

have any impression of other family members?  I

know that they-- sometimes they would come to

court.  David came to court, or, you know--

Elaine (PH) came to court.


And I know there were a couple of altercations

between them, and some of the-- you know, even

some of the parents in the courtroom.  What was

their beha-- what was the family's behavior like?

Given this kind of experience that they were

undergoing?

ABBEY BOKLAN:

I have no recollection of what the other members

of the family, and there were never any

altercations in the courtroom when I was in

there.  So, that-- everyone sat very quietly.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                              PG. 24

Because I told them in the very beginning, any

interruptions, any-- disturbances, you're out of

here.  So I remember very q-- you know, quiet--

well-behaved group, on both sides.


There was a tremendous undercurrent of rage and

horror on the part of the victims' families, but

I don't remember misbehavior.  I mean, we're

talking about a lot of years ago.  But I think I

would have recalled if there was in the courtr--

anything in the courtroom.

                    QUESTION:

Now, I think that the-- the parents of the

victims in this case came to court very

frequently.  At pretty much any time there was

something that was-- gonna be discussed in the

courtroom, where they were permitted, they would

show up.  Where-- they weren't absentee.


Do you have any recollection of what kinds of

people they were?  Or what-- or the-- were they

very passionate about being there?  And-- it

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

Appendix 000653

TAPE #111 CR# 47-50                                          PG. 25

seemed like there was a real support network that developed.

ABBEY BOKLAN:

Yes, I re-- I remember a lot of the families. A lot of them sent me private letters. Which is completely appropriate, prior to sentencing, to-- let a judge know the feeling of the victims, and of the victims' families. I remember they were well-behaved. They were very well-dressed.

And there was a lot of pain. The-- you-- you could see it as they sat there. I mean, these were young, innocent children. You're talking about very young children here who-- who were involved.

(OFF-MIKE CONVERSATION)

(BREAK IN TAPE)

(OFF-MIKE CONVERSATION)

QUESTION:

It is a small community. I'm-- I'm-- I was interested when I found out-- I guess, you've-- you've known-- well, everybody's known everybody

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50

in this community.  But you've known Joe Amarato
(PH), and Peter Pennero (PH), and Fran-- how--
tell me a little about that--

(OFF-MIKE CONVERSATION)

ABBEY BOKLAN:

Tell you a little about-- I'm sorry--

QUESTION:

Just about the relationships between the people.
Because this is-- in this little four-block
radius, there's a lot of drama that goes on here.
A lot of people that have to rely on each other--
what were those relationships like?


Because everybody was a lot younger together.
And then developed, and obviously they all see
you as like-- you made good at the highest level.
And they are all sort of, you know, in their own
fields-- you know, developing and-- and becoming
more successful, and--

ABBEY BOKLAN:

Well, I was older than they were too.  Because
remember, I had stopped for 11 years, you know,

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 27

to raise my family'. But-- in this community, an
awful lot of the assistant district attorneys go
out into private practice, become defense
attorneys. So that everybody, at least who works
here in Nassau County, kind of knows each other.

It doesn't affect the cases. They'll fight as
hard as they can. Fact, when I was-- first a
judge, one of the-- legal aid attorneys, by the
name of Scott Banks, was assigned to my part for
legal aid in defense. He later became one of my
law secretaries. So they come from both sides.

And you know, we're-- professionals doing a job.
And I-- I don't think that the fact that you know
each other from before-- impacts at all on what
happens with a case. I really don't--

                    QUESTION:

Well, it seems like that's true. Because you--
obviously, you were on-- you know, you had Peter
Pennero-- you know, passionately trying to
definite Jesse. And then you were also-- you

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 28

know, you obviously had-- a p-- prior

relationship with Peter, and you knew him from

work, or whenever.


But tell me a little bit about-- I'm-- I think

it's interesting to sh-- that aspect of it is

that everybody did kind of grow up together in

the system.  And maybe you could comment on those

people who were all so involved in the case.  Or

just what your recollections were.

                    ABBEY BOKLAN:

In what respect--

                    QUESTION:

(UNINTEL) Amarato, or Pennero, or kind of how

they all-- because even Fran Galosso (PH) ended

up becoming head of the sex crimes division in

the police department.  And it seems like you--

you know, you've all had some kind of-- you know,

in a way, common purpose.  That, you know, you

were on different sides of the equation.  But you

all knew each other. (UNINTEL) --

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                              PG. 29

### ABBEY BOKLAN:

I don't think it-- I don't think it really
impacted at all, except that perhaps the fact
that we knew each other, trusted each other, and
knew that we would have further dealings. You
can usua-- you can depend upon the word-- of
someone you're dealing with like that. You-- you
can trust them to act as a professional.

And I think that's what's good about so many of
the attorneys knowing each other. And knowing
that, after this case, there'll be another one,
and another one, and another one. So, you don't
play games with each other.

### QUESTION:

The-- if we go back to Jesse's-- well, we know
that Arnold-- we talked about why Arnold pled
guilty. And-- I guess I'm curious about-- what
do you-- what was Jesse's situation at that
moment? Now, Arnold's pled guilty. His father's
pled guilty.

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                    PG. 30

**ABBEY BOKLAN:**

He says he-- at that point, he was saying he's
innocent, and he wanted to go to trial.  Joe
Amarato then indicted for more counts.  Because
they had only indicted on some of the charges
against some of the children.  He then brought-0-
further indictments, involving a lot more
children.

So that really you (LAUGHTER) can add up a lot of
consecutive sentences.  And of course, the
evidence becomes greater, the more people you
have willing to testify-- as to what occurred.
And that's when I think, if I recall correctly,
and it's-- it's a lot of years ago.  But the--
the co-defendant, the young one, I think-- when--
Jesse Friedman and his attorneys found out that
the-- the-- the young man had agreed to testify
against him, I think at that point, is when he
started to very seriously think about pleading
guilty.

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 31

QUESTION:

Did you ever have a thought in your mind that,
while there are different gradations of this, did
you ever have a thought as you were learning more
about the case, maybe Arnold did it and maybe
Jesse didn't participate?  Is it possible-- did
you ever think, at any stage, that Jesse might
not have done it, because he was a whole
different person at 17 years old, or something,
when it took place.  Arnold, you can imagine, he
was already a pedophile when he was 56.  But
making-- it seems like, at a certain point, maybe
it wasn't as clear that Jesse was involved.

ABBEY BOKLAN:

I don't think so.  Because, you know, when I was
reading my grand jury minutes, or learning the
story, the two of them were working as a team
with certain friends of Jesse.  So it was never
that Arnold was alone doing things and Jesse
wasn't there.

And of course, once he pled guilty, he not only

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                         PG. 32

pled guilty and told me that he had done it.  But
during the course of his conversations with the
probation department, you know, I get a probation
report-- prior to sentencing.  He made tremendous
amounts of admissions to them-- and tried to
justify and explain why he was a participant.

Also, his own attorneys submitted to me, after
plea and prior to sentence, a pre-sentence
memorandum, asking for mercy, not on the grounds
he didn't do it, but on the basis of the
tremendous abuse that he himself had suffered at
the hands of his father.  And that he wouldn't
have turned out the way he did if not what
happened to him when he was young.

So-- very quickly, it became not an issue of
whodunit, but what was the appropriate punishment
for what had occurred and happened at that point.

                    QUESTION:

Do you have the-- I have-- just so you know, I
happen to have it as well, Peter Pennero's pre-

CONFIDENTIAL

TAPE #111 CR# 47-50

PG. 33

sentence memorandum.

ABBEY BOKLAN:

Yes.

QUESTION:

But I'd be curious if you had it-- pa-- hu-- each

document that I have, I need to bring into the

film in some way, and I think that's a valuable

document. If you have it, maybe you could read

us a line or two from it, so you know, it makes

the connection.

ABBEY BOKLAN:

You do have it? It was given to you by Peter?

QUESTION:

It was given to me (UNINTEL)--

ABBEY BOKLAN:

Oh, okay. Unde-- under that condition. Let me

just-- (PAPERS)

QUESTION:

(UNINTEL) included all of those (UNINTEL) that

you had (UNINTEL) so many psychiatrists, and he--

(UNINTEL) five different psychiatrists. A number

of whom he quotes in that. You know, talking

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 34

about Jesse's-- being abused, and (UNINTEL)
personality (UNINTEL).

ABBEY BOKLAN:

Well, it's interesting, because I've always
highlighted, you know, I have a little yellow
highlighter where everything that's sent to me,
and I read these and my old highlights back from
those days. And one of the things that, of
course, I was told, was about the constant abuse
on both a sexual and psychological level by his
father. And it-- causing Jesse to have suicidal
thoughts.

And then he puts, of course, "severe and frequent
sexual abluse (SIC), including sodomy by the
defendant's own father." (PAPERS) There's a
whole section on the drug abuse. Where Jesse
describes a life where he was stoned on a daily
basis, at ages 16 and 17-- I said-- you know, it-
- it goes on. But-- but-- but that really is the
bottom line.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 35

Then there were various psychiatric (NOISE)--
reports that I don't-- I would not feel
comfortable quoting from, even though, as you
indicated, he had turned them over to you--
involving what he told the psychiatrists, et
cetera.  But-- but the most important thing is,
obviously, he was very, very disturbed.  Very
disturbed individual.

I-- I-- here he-- he loves his father.  There's--
there was no doubt about it.  And what he thought
of-- as affection from his father, m-- most of us
consider devious and disgusting acts.

So I-- I think we had-- a young man who was
extremely, extremely confused.  I don't know--
you have no-- the sentencing minutes-- as well--
of some of the things that I said during the
course of the sentencing-- I'm not much on
speeches.  But there were a lot of things that I
said during the course of it-- explaining both
the-- the-- the terrible sadness that I felt, of

CONFIDENTIAL

Appendix 000664

TAPE #111 CR# 47-50

PG. 36

what he had gone through.

But at the same time, s-- saying that I thought
he was such a menace to society, because of what
he had been turned into by his father-- that I
felt the parole board should keep him for as long
as they could.  Because there's some times when
you weigh-- different reasons-- for why someone
should go to jail, one of the things that you
really have to consider, as well as the why of
the defendant did it, is to, what kind of danger
he was-- be to society?  And on that point, at
least-- I felt that he was a menace.  Even though
he was very young.

QUESTION:

Yeah.  Fran Galoss-- (TAPE SKIPS) who was the guy
started out on his subject on, followed by Jesse
today, because Jesse's in prison today.  You
know, and he's still alive, and (UNINTEL)--

ABBEY BOKLAN:

Is he going to talk too?  Is he willing?

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                              PG. 37

QUESTION:

I-- I think-- you know, he's very nervous about--
being paroled.  And he is-- I think, like
anybody, he's hopeful that he can tell his side
of things.  But I think he's very reticent about
doing that-- before he gets to see how he's
treated the next round, or-- because, you know,
he's been in now-- you know, he's-- he's been up
for parole a number of times, and obviously
hasn't been-- hasn't been paroled.

ABBEY BOKLAN:

Doesn't he max out quite soon?

QUESTION:

He doesn't max out for five more years.

ABBEY BOKLAN:

Oh really.

QUESTION:

So he's-- but his CR date would have been last
year.  Around the time they brought him up to see
you.

ABBEY BOKLAN:

Right.  And that was a mistake.  They shouldn't

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 38

have brought him down then.

QUESTION:

Yeah.  I was going to say, you know, Fran's said--

ABBEY BOKLAN:

Are we back on film again now?

QUESTION:

Yeah.  Yeah--

ABBEY BOKLAN:

Okay.

(OFF-MIKE CONVERSATION)

QUESTION:

Fran said to me at one point that she feels that
he-- knowing what she knows about Jesse, she
feels strongly that if he's let out of prison,
that he will-- commit some other bad act.  And
obviously, you felt that at the time, which is
why--

ABBEY BOKLAN:

Well, at the time of sentence.  Of course I-- had
not had the opportunity, really, to-- to see how
he's managed up at prison.  Whether he's been

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 39

remorseful.  Whether he's turned his life around.

Because, you know, I have to make a determination now, when he does get out, under Megan's Law (PH), of how dangerous he is.  So I-- I don't know what's happened in the interim.  And I still have an open mind on that.  At the point I sentenced him, I felt strongly enough that he was a danger to society that I included in my sentence a recommendation that the parole board not release him early.

        QUESTION:

And-- I-- I don't want to press that issue, 'cause I know he's going to see you, so--

        ABBEY BOKLAN:

Right.

        QUESTION:

(UNINTEL) talk about that.  The-- there was, at one point in the case-- a request for a change of venue.  And-- obviously the lawyer said, "Well, we can't get a fair trial."  I guess they always do that.  What was your reaction to that, and--

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 40

and-- by the way, also, they can't hear me

usually, so you-- so if I ask you about change of

venue, you might say, "Oh, at one point they

asked for a change of venue."  Just so that we

complete the thought.

        (OFF-MIKE CONVERSATION)

        ABBEY BOKLAN:

All right.  I felt, in most cases that are high

publicity, if you voir dire the jury very

carefully, you-- you can find a jury that has no

bias, no prejudice, (LAUGHTER) is not even

familiar with the case.  And I felt that's the

way it could be handled.  I mean, we've had many

high publicity-- cases that were tried here.


Of course, this came after the Friedmans.  But

just for an example, you have like the Ferguson

case, which didn't require change of venue.

There are enough jurors in our-- our pool in

Nassau County who can sit fairly impartially.

And you can handle that.

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                                    PG. 41

If, during the course of voir dire, you find that
you cannot find a-- an unbiased, unprejudiced
jury that haven't been tainted, well then you can
always move it out.  But thi-- this-- there was
no reason to move it out of county.  At that
point.

QUESTION:

Right.  So now, Jesse comes around to-- to-- it's
time for Jesse's plea, or let's say, now we know
that Arnold's pled, then the other young man has
also pled.  Or effectively, made a deal.  So now,
the two people in the world other than Jesse who
were ostensibly involved, have both pointed the
finger at Jesse in one way or another.


How do you think that affected Jesse's desire to-
- you know, s-- to go to trial, or whatever?  How
does that process-- how did that process go?
'Cause it seems like he had a big pretty big
change of-- of heart.

ABBEY BOKLAN:

He also changed attorneys in midstream.  I don't

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                    PG. 42

remember exactly at what point the attorneys
changed. But I'm sure the defense attorney-- sat
him down, and said, "Look. You have so much
against you, and your exposure-- of sentence is
up to 50 years, that it would be very wise to
take, you know, a deal-- as opposed to going to
trial.

"You're still a young man, that you'll-- you'll
get out of jail when you're still a young man,
while you-- otherwise you could spend the rest of
your life sitting behind bars." Of course, I
wasn't privy to those conversations. But that
would be realistically what I would think would
have occurred.

                    QUESTION:
And-- so let's-- however that played out, then
eventually-- Jesse comes before you again. And
this time, I guess, he's there to plead.

                    ABBEY BOKLAN:
Right, yes. Then he pleads.

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 43

QUESTION:

So tell me about that.  Your recollection of

that.

ABBEY BOKLAN:

Very similar to Arnold's.  Also media was there.

The families were there.  I tried to make the

allocutions (PH) as painless as possible.  Almost

in an antithetic type way, you know, "On such-

and-such date in Nassau County, did you put your

penis on-- on so-and-so's anus?"  And he would

say, "Yes."  Or whatever the charge, the sodomy

charges that he was-- pleading guilty to.


And-- it went very smoothly.  Very quietly.  Very

smoothly.  Pleas, in some ways, are-- easier to

do than the sentences.  The sentences are where

the emotions come out.  The attorneys are

pleading on behalf of their clients.  The

district attorney may-- make a statement.  The

defendant may be pleading for mercy.  The-- so,

that's c-- in-- in some ways, far more emotional

than the actual plea.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                                PG. 44

QUESTION:

And then eventually, Jesse does come before you

for sentencing.

ABBEY BOKLAN:

Right.

QUESTION:

So tell me about that, at the next-- am I right,

that's the next-- that was sort of the next move-

-

ABBEY BOKLAN:

It really was, once they plead, it-- and it moves

to sentence.  You know, the probation department

had the opportunity to report first-- which-- I

get-- prior to the day of sentence--

* * *END OF TRANSCRIPT* * *

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50

HIT THE GROUND RUNNING FILMS

"CAPTURING THE FRIEDMANS"

INTERVIEW WITH ABBEY BOKLAN

CORRESPONDENT:  NOT IDENTIFIED

PRODUCER:  NOT IDENTIFIED

TAPE #112 CR #51-54

**TRANSCRIBER'S NOTE: QUESTIONER OFF MIC.  BEST EFFORT FOLLOWS.**

(OFF-MIC CONVERSATION)

QUESTION:

We were talking-- oh, we were talking about other cases.  Well, obviously since that time, we knew-- we know that there-- there were a lot of other cases where, you know, in the end the argument was that the police were overzealous.  That, you know, the reason that the stories were similar between the kids is because the police were teaching the kids what to say.

And so of course they're similar.  They all came from a similar source.  What was the thing that made you know that this case was different. And when you saw those cases come out, you know, you

CONFIDENTIAL

TAPE #111 CR# 47-50                                                    PG. 46

obviously had second thoughts about this case.
You must have had a sense of confidence that this
was case was handled differently.  And how did
you know that?

                    ABBEY BOKLAN:

Well, first of all the case only came to
attention of the police department because of the
search that was done-- by the federal government-
- where they found all of things going on on the
computer and the Internet.  And they went in and
they got all of this pornographic material.

                    (OFF-MIC CONVERSATION)

                    ABBEY BOKLAN:

So knew this wasn't some question of some
hysterical mother who came in and started a mass
hysteria.  And only after the federal government
called it to the attention of the Nassau county
authorities and they started investigating and
started to go independently to these various
homes and speaking to the children separately did
they discover what was going on.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

Case 2:06-cv-03136-JS Document 41-2 Filed 01/28/21 Page 92 of 122 PageID #: 5603

So I don't think these young children even had a
chance to get together and make up stories. I
think-- I don't think the police knew what they
were looking for when they started investigating.
So I didn't think there was any issue of brain-
washing.

And as I mentioned previously, we had children
showing tremendous signs of abuse. Independent
signs. The nightmares. The falling school work.
All of those things corroborated what the
children were saying.

And-- and things that parents couldn't explain.
Even things that couldn't be explained as far as
Jessie with the suicide attempts. With the drug
use. All of that came before these charges.
There was something festering in that household
long before the federal authorities ever went in.

We-- you also are dealing with an age group of
children-- although they're young, they don't

CONFIDENTIAL

fantasize as much.  And it's very embarrassing and very-- this is from my own experience in the sex crimes unit.  Very embarrassing for a young boy to talk about just-- these type of sex acts. (ROARING)  It's not something that-- that they're proud of.

So I think the-- it was my understanding that the detectives had a very tough time even getting the information out of these young children.  And the parents had a very tough time believing that these things initially were-- occurred, because Arnold Friedman had this wonderful reputation.

This was after school, extracurricular work for children who were bright, intelligent.  Wanted to learn.  Wanted to be involved with computers.  I mean parents were paying large amounts of money, you know, from something like this.  I never had a doubt.  Never had a doubt.

                QUESTION:

The-- obviously the person on the other side of

CONFIDENTIAL

the equation who was doing most of the-- of the digging and talking with kids and stuff was Fran Galaso (PH). What was your relationship with Fran? How did you guys know each other from before? What your--

ABBEY BOKLAN:

Fran's husband was an assistant District Attorney-- in the-- District Attorney's office-- I think even before I was there. So I knew him. When I was head of the sex crimes unit, I don't think Fran Galaso was the one who was in the sex crimes unit of the police department.

When I first got this case, I didn't even know Fran Galaso was involved. And when I started learning about it and starting to read a lot of the grand jury minutes. So I think the fact that I knew her, her family, had very little-- to do with it all. (ROARING) In fact when the case was finished, I-- if I recall correctly, that's when I first learned how deeply involved-- she was in the case.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

QUESTION:

But you-- you guys had (UNINTEL)-- I don't even
know what the protocol is.  But in general--

(OFF-MIC CONVERSATION)

QUESTION:

The protocol would be during the course of the
case.  You wouldn't discuss it with--

(OVERTALK)

ABBEY BOKLAN:

No communication with-- with any detectives or
police.  Remember if we have to go through
hearings, for example, there's gonna be a real
trial.  You have to go through hearings.


And very often, the police officers become
witnesses.  So a judge has no communication at
all with the police officers during the course of
it.  That's why I think-- and at least until time
of sentence or maybe immediately before sentence-
- I really wasn't even-- aware of her-- how-- how
involved she was in the case.  But it wouldn't
have mattered.  You know I know a lot of police

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

officers who are on cases that I'm handling all of the time.

QUESTION:

Did-- when you went into the sex crimes unit to begin with, what possessed you to take that job at that moment, 'cause that was probably pretty unusual. I-- maybe I'm wrong. Maybe it was a-- typically a job that would be held by a woman. But for some reason, I thought it was a job that would probably traditionally have been held by a man.

ABBEY BOKLAN:

In this county, if I recall, we had no sex crimes unit until Dennis Dylan asked me almost to create one. And I s-- I-- I really-- I think s-- actually started-- the unit. One of the first things I discovered becoming the head of it, we didn't even have a rape collection kit.

Every hospital was going off and doing their own thing. We were losing evidence. It-- it was-- it was really horrendous.

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

So I don't think we had-- either men or women who were the head of the sex crimes unit-- at that point. But my recollection could possibly be faulty with that. But that-- that's what I remember. I know Joe Annoranno (PH) came in long after. You know I was-- already out of the office into the sex crimes unit.

QUESTION:

I wonder whether that's 'cause there were just more sex crimes? It's sort of sad, but true. But maybe it is. Maybe it just became a much more significant part of the makeup of the crimes?

ABBEY BOKLAN:

And also I think-- at least for Mr. Dylan, he was-- he was concerned about how many sex crimes cases we would lose. And some of the reasons we would lose them is that we-- we didn't collect the evidence properly. So there were a lot of things going on.

CONFIDENTIAL

I mean to have children, very young children, testify in a grand jury when they can't describe even the genitalia or don't know how, that was the start of the-- of the dolls that I had sent for.  So there really-- there-- there was little foundation.  It was every DA did their own thing.

They got the case.  They ran with it.  There was no co-- coordination as-- as I recall until I-- I became at-- you know that's a lot of years ago we're talking about.  'Cause I left the DA's office in '82?  '82.

QUESTION:

And tell me about that, 'cause that's fascinating.  I was reading-- the Justice Department has a publication about interrogating children or, you know, questioning children and how to do it.  At the time, I don't think even that had come out yet, 'cause this was pretty early.  How did you know that there were such things as these anatomically correct dolls?  And tell me about that-- that process of

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                      PG. 54

interrogating children?

ABBEY BOKLAN:

I read about them.  And I asked-- you know the--
the District Attorney, Dennis Dylan, could I-- we
have the money to send for them.

(OFF-MIC CONVERSATION)

ABBEY BOKLAN:

The money to send for the-- the dolls, the sex
crimes dolls-- because I found when I would talk
to children how difficult it was for them to
describe what had happened to them.  And if you
start drawing pictures for them, what you're
doing is perhaps giving them an idea they didn't
have before.


But if you hand them-- Raggedy Ann and Raggedy--
Andy with-- with genitalia and you say, "Show me.
Show me." And with the doll, they can show you.
Especially since-- we're talking about very young
children now.  You don't use these dolls with the
12-year-old or a 10-year-old.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

We're using ones that are really not articulate.
Don't know the right words.  And they-- they can
show-- I remember the first time I used them
before we went into grand jury were-- I-- I said,
"Show me what he did."  And she took the male
doll and stuck it on top to fight female doll and
was rubbing it (SQUEAKING) you know up and down.
And this is the way she could finally explain,
you know, what had happened and what had been
done to her.

Since that time, I think there's been certain
literature about not using the dolls.  Where--
but you know the more we learn, the-- the more
careful we can be about not tainting these
children.  You know every day things get a little
easier to do these case.  And they most-- they
are the most horrendous cases of all.  They
really are.

QUESTION:

Well, you have to be intelligent about it,
particularly sensitive to it, because it's tough.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50

You know you sent out a 45-year-old detective to go sit with a 12-year-old or a 10-year-old or a nine-year-old.  You know it's-- there's no communication there unless they're someone who's really thinking about the process.  Do you know what I mean?

ABBEY BOKLAN:

Well, I-- I-- I am not sexist.  And I never try to be.  But it's-- I think sometimes it may be easier for a female to talk to a female.  And I think someone who's been a mother or a father who's raised young children can handle them better.  You know how to talk to a child.

So I don't-- I guess it's not sexist, 'cause I'm not really saying a male or a female detective is better.  It's their way and their sensitivity of dealing with children.

QUESTION:

When you went into that-- and I-- I'm not trying to ask a very personal question.  But did you feel like-- people say sex-- you know sex abuse

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                                PG. 57

happens in almost every family at some level or
that, you know, in a-- one out of three families
or something like that.  Did you ever have a
friend or someone in your life when you were
growing up who (PHONE RINGS) expressed something
to you and you thought-- you know you had a way
of listening or a way of communicating with them
about sex crimes that made you well suited for
that?  Or was it-- when you joined the sex crimes
division it was a pretty new deal?

                    ABBEY BOKLAN:

It was pretty new.   (CLUNKING)

                    QUESTION:

At the-- at the sentencing-- we were-- getting
back to the sentencing.  We talked about-- you--
you had talked about the fact that sometimes the
sentencing is the more emotional time.  I-- I
think that was the case from what I've understood
about this.  Tell me what you remember about the
sentencing hearing and that experience.

                    ABBEY BOKLAN:

Are you talking about Arnold, Jessie or both?

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                        PG. 58

QUESTION:

I don't know.   Maybe-- do you remember the Arnold
one?

ABBEY BOKLAN:

The Arnold one the-- it wasn't very emotional.   I
mean they didn't make too many pleas on his
behalf.   The Jessie one-- Jessie Freidman one
was-- was more emotional-- because-- you know
defense counsel worked very hard on his behalf.

And not only with pre-sentence memorandums, but
pleas, because of his youth, and the fact that he
had been so badly abused-- by his own father.
And I think there were even allegations of-- of
very little love-- from the mother.   That he was
an unwanted child.

That I should be merciful.   So I remember that.
And I-- said-- I-- I remember some of the things
that-- that I said, but-- it's funny.   I don't
remember whether Jessie said anything at all.

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 59

QUESTION:

I-- I remember that he-- I-- I actually saw some
of the news coverage of this.  Peter Pinero (PH)
makes a-- pretty-- elaborate argument that Jessie
was, you know, a terrible victim of his father.

ABBEY BOKLAN:

Right.

MALE VOICE:

That he-- what he needs is help or counseling.
It's the-- prison term or whatever.  And then
Jessie cries and says, you know, "I experienced
all of this.  My father was-- and these children
were victims and I feel terrible about that.  But
I was a victim too."

And so he kind of cries and goes through that.
Do you remember being moved by Jessie's-- by-- by
that story generally, which obviously that was
their position.  That-- you know do you remember
believing it, first of all?  Did you feel that
Jessie was (UNINTEL)?

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                             PG. 60

### ABBEY BOKLAN:

Are you asking did I believe that he was--
terribly abused as a child?  Yes.  There was no
doubt in my mind that Arnold Friedman had started
abusing Jessie very young.  And trained him,
almost, in this type of-- pedophilic behavior.

I think once Jessie became older, he became less
desirable as a sexual object for his father.  And
once that happened, I-- I think Jessie didn't
feel he was getting the same amount of love from
his father that he was getting, so he became a
partner and a-- as a partner participant, he
probably could feel the oneness with his father--
again.

So in a certain extent-- since I completely
believed that, I had to be moved by the fact that
he himself had gone through exper-- a tremendous-
- trauma as a child growing up.  I knew from the
papers that were given to me that he had gone
through depressions.  He had-- suicidal desires

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

Appendix 000689

at certain times.  And that he had gotten himself involved in drug use.  So that all made sense.

But on the other hand, at some point he turned from a victim to a predator himself.  And reading the grand jury minutes and everything else I learned, he was extremely violent himself to the children.  Not-- not just sexually.

He seemed to enjoy what he was doing.  And remember, he brought his own friends in. Including the co-defendant who later turned and participated against him.  So from a-- a reluctant participant, he went to an extremely active participant who was enjoying it.

You know if you look at people out there who commit horrendous crimes, you say, "Well, maybe they had a-- a terrible childhood."  And many of them have.  But that doesn't excuse the behavior down the road.  And also-- if someone you feel is going to be a danger-- to other children, if he's

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                         PG. 62

let loose, that's something that you have to
consider.


So in-- in weighing the sentence so low, I felt
badly for what had been done to him. At this
point, I think I was most interested in
protecting society from having other children go
through what he put those children through in
that computer school in Great Neck.

          QUESTION:

They were obviously asking for some kind of
mercy, vis a vi-- well, they knew they were
getting six to 18 years. What would that-- and
that-- and then obviously you felt strongly
enough about it that you wanted to ensure that he
was in for a good part of that time.

          ABBEY BOKLAN:

Right.

          QUESTION:

And so tell me the thinking process of-- when--
when you-- you know you said-- you're sort of--
you generally don't talk a lot in court. You lay

CONFIDENTIAL

down the law or whatever.  But why was it
different this time and what did you say that--

ABBEY BOKLAN:

It was different because I felt like I was-- I
was talking to different people.  I was talking
to the general public.  We had the media in
there.  And that's part of having-- a reason for
having the media in there is to educate the
general public.

I was talking to the victims.  And it-- not the
children.  The-- who weren't in the courtroom.
But-- but the family members.  I know a lot of
them were dissatisfied with this sentence for
Jessie.  They thought it was too merciful.  That
I should have-- un-- unlike Arnold's sentence.
They thought I what being too light for Jessie.

And I-- I was talking to Jessie too, because, you
know, a part of me was hoping that when he does
get out, he still will be young enough to have a
life.  And if he gets appropriate therapy or when

CONFIDENTIAL

Case 2:06-cv-03136-JS   Document 41-2   Filed 01/28/21   Page 109 of 122 PageID #: 5620

he's upstate or whatever, that he can have a
decent life and not hurt anyone else. And maybe
in a way I was explained to myself too why I was
sentencing what I felt was a harsh sentence to
someone who was so young. And why I was giving a
harsh sentence to someone who was so young. So I
did talk.

Now what-- what did I say? Well, it was kind of
long. (RUSTLING) I'm not gonna go through very
much of it. I talked of course about the
probation report. That-- the letters that I
received-- from the families. The letters I'd
received on his behalf-- from the-- Great Neck
community, because they weren't all bad letters.
There were people who-- who liked the family.
Felt badly for him.

There were psychologists and psychiatrists that
wrote me on behalf of Jessie. Talking about him
being more of a victim than a criminal. And I
had the excellent-- pre-sentence memorandum

CONFIDENTIAL

Appendix 000693

TAPE #111 CR# 47-50                                        PG. 65

prepared by Mr. Prinero (PH).  And I said-- this
is a quote.  "According to the--" it's a quote
from my notes, so I-- you know I-- sometimes I
change things as I go along when I'm in-- in
there.

But as best as I can tell you, this is what I
said.  "According to the pre-sentence probation
support, you were raised as an unwanted child in
a home devoid of love.  Your father started
fondling you sexually at about the age of nine
while reading you bedtime stories."  "As you grew
and reached puberty, his abuse of you escalated
to regular acts of sodomy.  You submitted,
according to your own words, because it was 'it
was important for me to have the love and support
of my father and to please him.  My father was my
only friend.'"

And then I quoted from one of the psychiatric
reports.  "Jessie's homosexual submission to his
father was clearly due to his desperate need for

Abbey Bokian Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50

love from a parent.  (RUSTLING) His mother's
emotional withdrawal and his father's
psychopathology.  His happiness at his father
shifting his passions to other youngsters
strongly suggests that such an orientation was
not an actual one for Jessie and one that he
should have been able to overcome."

"His participation in his father's seduction of
these other youngsters falls under a not uncommon
psychological defense mechanism known as
identification with the aggressor.  To
subconsciously, and therefore unintentionally,
model yourself after a parent is one way of
repressing any of the anger you might feel
towards that person for what he or she has done
to you."  Of course that's the quote from the
psychiatrist.

And then I go back to my own words. "Torn between
love and hate, you suffered from depression.  And
at one time were suicidal and unable to function

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

in a regular school."  And I said, "It's very
unfortunate that not the psych-- that none of the
therapists you were sent to realized the reason
for your depression.  Perhaps if they had, your
life today would have been far different."

"In addition, however, to looking you-- at you as
a person, considering your motivizations (SIC),
the reasons you have become what you have and
done what you have done, I as a judge have
another, equally important obligation.  I have to
look at the harm to your victims and the severity
of your crimes, as well as the danger you may be
to society."

"The fact that you too were a victim does not
absolve you of responsibility for the sexual
assaults you perpetrated, nor for the physical
abuse that went beyond anything done by your
father."  Remember I had mentioned to you-- to
you earlier.  "Nor for the perverted and
horrendous games you invented and forced your

CONFIDENTIAL

TAPE #111 CR# 47-50

victims to play.  Nor for inviting your friends
to join you in these games and assaults.  The
children you have abused are suffering terribly.
They are exhibiting sleeplessness, bedwetting,
nightmares, stuttering, hair loss."

(OFF-MIC CONVERSATION)

ABBEY BOKLAN:

But you see you gotta realiz-- you know these are
the things also that to me were tremendous
corroboration as to what was occurring.  I mean
the hair loss.  I--

(OFF-MIC CONVERSATION)

ABBEY BOKLAN:

"The children you have abused are suffering
terribly.  They are exhibiting sleeplessness,
bedwetting, nightmares, stuttering, hair loss, a
decline in school work, separation anxiety.  And
an overwhelming sense of fear.  Several children
in fact sleep with weapons.  Bats and sticks by
their beds."

"The extended families of your child victims are

CONFIDENTIAL

TAPE #111 CR# 47-50                                        PG. 69

suffering much, if not more." And then I end,

"After weighing all of these factors and others

as well--"

                    (BREAK IN TAPE)

                    ABBEY BOKLAN:

Programs that didn't work well. I mean you're

talking about something that was like 100-- 100--

                    (REFERENCE TONE)

                    SLATE:

There's no audio for the end of this shot.

                    (REFERENCE TONE)

                    ABBEY BOKLAN:

"The children you have abused are suffering

terribly. They are exhibiting sleeplessness,

bedwetting, nightmares, stuttering, hair loss, a

decline in school work, separation anxiety, and

an overwhelming sense of fear. Several children,

in fact, sleep with weapons. Bats and sticks by

their beds."


"The extended families of your child victims are

suffering as much, if not more." And then I end

CONFIDENTIAL

it, "After weighing all of these factors and
others as well, I have a concluded that you
deserve the full 18 year sentence for the crimes
that you have already committed.  And for the
harm that you have already done."  And then I go
on to recommend to the parole board that they
keep you for the actual maximum.

QUESTION:

Ah, which brings us, I think, to-- Jessie today.
In I guess I would say a couple of things.  Did
it surprise you that both Jessie and Arnold wrote
these open letters to the Great Neck community
saying that they were not guilty and it was a
miscarriage of justice.  Is that something you
see typically or do you-- would you have
predicted that?  Or do you think that that was--?

ABBEY BOKLAN:

It was a surprise.

(OFF-MIC CONVERSATION)

ABBEY BOKLAN:

When I received the letter from-- from Arnold
Friedman-- in 1991 denying his guilt, as well as

CONFIDENTIAL

TAPE #111 CR# 47-50

PG. 71

the information and-- I'd received that both
Jessie and Arnold had written to the media and
various families, parents, schools, et cetera,
recanting and alleging that they were not guilty,
I was very surprised.

When I go through a trial and the defendant is
convicted, very often I get letters for years and
years later. You know, "I'm an innocent man.
I've been railroaded. The police did it. The
District Attorney's did it. The judge did it. I
didn't do it."

But in a case like this, with a plea to so many
counts, with conferencing for so long, with all
of the knowledge that the attorneys had, all of
the discovery of the evidence the defense
attorneys had and of course-- revealed to their
clients, I never, ever expected those years later
to find them to recant. If anything, it showed
to me the lack of remorse and how right I was--
to give an extremely long sentence.

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

TAPE #111 CR# 47-50                                        PG. 72

Because denial is one of the most dangerous
things when you let someone out.  If they're
still in denial, they're not trying to change
their ways or remorseful for what they did, they
could, you know, be very dangerous.

I never received a letter from Jessie.  It was
from Arnold that I received the letter.  And--
you know I was convinced that if Arnold ever got
out-- he was a danger to any young child that he
would come in contact with.  Jessie was young.
I'm still hoping that there's a-- a chance-- that
he will turn his life around.

                    QUESTION:

Somebody like Jessie who-- let's say regardless
of what you-- what you find in his story here, he
still has a long row to hoe in the future.  You
know does somebody like that have a hope of
having a-- some kind of salvation or having a
normal life at the end of this process?

**CONFIDENTIAL**

### ABBEY BOKLAN:

I don't know. The professionals and-- and the literature say a true pedophile, that I think Arnold was, probably will never change their ways. Jessie, there were indications from many of the reports, was not a true pedophile. So all you can do is hope. I can't predict the future.

### QUESTION:

Right. Peter Pinero obviously was very passionate about-- re-- I-- I-- about representing Jessie. And in a way-- you know Peter said to me at one point, "I thought Jessie was my son. You know any moment."

It-- so they must have been very close, because obviously they had to-- they shed some tears together. And-- and Peter's an emotional guy to begin with. He's a very soft hearted guy (UNINTEL PHRASE).

What was-- what was your sense of his position vis a vie Jessie? And-- and, you know, had they

Abbey Boklan Complete Transcript (111-113).doc

**CONFIDENTIAL**

been preparing to go to trial all along and then at a certain point they sort of hit the point of no return.  And they knew they were gonna (TRAIN HONKING) have to plead?

ABBEY BOKLAN:

I think it-- at some point-- of course Peter Pinero could answer better as to when he was prepared to plead.  I think that at one point he started to weigh all of the evidence that was against Jessie.  The tremendous emotional--

(OFF-MIC CONVERSATION)

QUESTION:

So obviously-- you were saying-- you were (UNINTEL) Peter Pinero had--

ABBEY BOKLAN:

Okay.  It came to a point.  Right.

QUESTION:

Right.

ABBEY BOKLAN:

I think there came a point-- you're asking me when Peter decided to plead.  That he started to weigh all of the evidence.  There was fairly open

Abbey Boklan Complete Transcript (111-113).doc

CONFIDENTIAL

TAPE #111 CR# 47-50                                          PG. 75

disclosure in this case-- of-- what they were

facing.  And he knew about the tremendous--

volatility of the case itself.  The emotions that

would be in-- that would come out during the

course of a trial.  And he just felt that-- it--

he couldn't roll the dice that this young boy

would spend the rest of his life-- in jail.


I think Peter was very happy.  I think everyone

was very happy not to try this.  It would have

been a true horror.  A true horror.  To have

those children come in and testify.  And-- and

Peter was obligated to cross-examine-- to the

best of his ability.  Very difficult to cross-

examine a child without-- getting the-- the jury

very angry.  Because they don't like to see a

child attacked.  So you have to walk a very thin

line and have to be very, very careful when

you're cross-examining a child.


I think everyone knew-- what they were facing in

this case.  I don't think anyone wanted this to

CONFIDENTIAL

Appendix 000704

go to trial.  Anyone.  As far as the
professionals.

QUESTION:

Had there-- is there any way to know had it gone
to trial what would the possible outcomes have
been?  Under a couple of scenarios.  I mean
knowing what you know, it could have gone this
way or it could have gone this way?

ABBEY BOKLAN:

You're asking for an educated guess, 'cause
that's all it could be.

QUESTION:

Right.

ABBEY BOKLAN:

I have to tell you that when I'm trying to figure
out what verdict my jury is gonna come in with,
I'm 50 percent right.  So (LAUGHTER) you've gotta
take what I say with a grain of salt.  But I
think the evidence would reach a point and when
all of the materials that would be brought into
the courtroom that were found during the search,
I think that-- it-- the evidence would have been



CONFIDENTIAL

TAPE #111 CR# 47-50                                                PG. 77

overwhelming.  And I would be very surprised if a
jury did not convict.  But you never know.  You
never know.  (BEEPING)

        QUESTION:

Would it have been fair to bring those materials
into the courtroom in-- in a trial just for
Jessie?

        ABBEY BOKLAN:

Well, the-- these children were shown these
programs during the course-- as I recall, during
the course of the class and during the course of
what was going on.  They were showing them--

        (INAUDIBLE)

        ABBEY BOKLAN:

Right. They were showing them-- some of those
computer programs were absolutely horrendous.
And some of the-- the magazines they would force
these children to see.  So they are-- are
evidence of what was going on.

In fact, if I recall, some of the-- endangering
the welfare of a minor charge in the indictments-

Abbey Boklan Complete-Transcript (111-113).doc

**CONFIDENTIAL**

Appendix 000706