# EXHIBIT 3

<u>COUNTY COURT - NASSAU COUNTY</u>

Present:

HON. ABBEY L. BOKLAN
　　　　　　　　County Judge

Crim. Term: Part I

IND. #67430/88

|  |  |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK | HONORABLE DENIS DILLON<br>District Attorney<br>Nassau County<br>Mineola, New York<br>By: Arlene VanLoan, Esq. |
| -against- | |
| JESSE FRIEDMAN,<br><br>　　　　　　　　　Defendant. | JOEL RUDIN, ESQ.<br>Attorney for Defendant<br>110 East 59th Street, 23rd Flr.<br>New York, New York 10022 |

　　　Based on the consent of the parties, this Court has determined Jesse Friedman to be a Risk Level Three (3) sex offender.

　　　SO ORDERED.

　　　　　　　　　　　　　　ENTER

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Abbey L. Boklan, J.C.C.

DATED: January 7, 2002