# EXHIBIT 4

# Criminal Repository

PRINT  BACK

## Repository Inquiry

**To: frankelm1  For: Matthew Frankel  Case No:000  NYSID Number - 06010590L - DAI**

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C. Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

Identification  Summary  Criminal History  Job/License  Wanted  Missing

### Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**This individual is currently listed in the New York State Sex Offender Registry**

**Violent Felony** offense(s) on file

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

### Identification Information

**Name:**

JESSE L FRIEDMAN    LAWRENCE FRIEDMAN
JESSE E FRIEDMAN

**Date of Birth:**

June 05, 1969

**Place of Birth:**

New York

**Address:**

[redacted]

| | | | |
|---|---|---|---|
| **Sex:** | **Race:** | **Ethnicity:** | **Skin Tone:** |
| Male | White | Hispanic | Light/Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Blue | Brown | 5' 08" | 150 |

**SSN:**

[redacted]

**NYSID#:**    **FBI#:**    **NCIC Classification#:**

**III Status:** Criminal record in other states or in multiple FBI files for NYS

## Summary Information

| Total Arrests: 4 | Date of Earliest Arrest: November 25, 1987 | Latest Prior Arrest Date: November 15, 1988 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Total Arrests: | 4 | Total Arraigned Arrests: | 3 | Total Open Cases: | 0 | Cycles (max 5) |
| Felony: | 4 | Felony: | 3 | Felony: | 0 | |
| Violent Felony: | 4 | Violent Felony: | 3 | Violent Felony: | 0 | |
| Firearm: | 0 | Firearm: | 0 | Misdemeanor: | 0 | |
| Misdemeanor: | 0 | Misdemeanor: | 0 | Other: | 0 | |
| Other: | 0 | Other: | 0 | Open ACD: | 0 | |
| | | | | Non Docketed Cases: | 0 | |

| | | Cycles (max 5) | | | | | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Total Convictions: | 3 | | Warrant Information: | | Cycles (max 5) | DOC Classification: | | |
| Felony: | 3 | 3,2,1 | Failure to Appear Counts: | 1 | 3 | Escape Charges: | 0 | |
| Violent Felony: | 3 | 3,2,1 | Total Open: | 0 | | Sex Offender Convictions: | 3 | 3,2,1 |
| Firearm: | 0 | | Active NYC: | 0 | | Probation Revoc: | 0 | |
| Misdemeanor: | 0 | | | | | Parole Revoc: | 0 | |
| Other: | 0 | | | | | | | |
| YO Adjud.: | 0 | | | | | | | |

**Note:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## NYS Criminal History Information

### Cycle 4
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: November 15, 1988 10:30 am (10:30:00)

| | |
|---|---|
| Name: | JESSE E FRIEDMAN |
| Date of Birth: | June 05, 1969 |
| Sex: | Male |
| Ethnicity: | Hispanic |
| SSN: | ▮▮▮▮▮▮▮ |
| Age at time of crime/arrest: | 17 |
| Address: | ▮▮▮▮▮▮▮ |
| Fax Number: | NA18269 |
| Place of Arrest: | Village of Garden City, Nassau County, NY |
| Arrest Type: | Warrant |
| Date of Crime: | December 09, 1986 |

| | |
|---|---|
| **Place of Crime:** | Village of Great Neck, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 11611349N |
| **Arresting Agency:** | Nassau Co PD - Communication Bureau |
| **Arresting Officer ID:** | 4029 |
| **Arrest Number:** | 251344 |

**Arrest Charges:**

-- Sodomy:Deviate Intercourse With Other Person Less Than 11
  PL 130.50   Sub 03  Counts: 126  Class B Felony    Degree 1 NCIC 3699

-- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
  PL 263.05          Counts: 9    Class C Felony    Degree 0 NCIC 3699

-- Sexual Abuse-1st Degree
  PL 130.65          Counts: 9    Class D Felony    Degree 1 NCIC 1117

-- Sodomy-2nd Degree
  PL 130.45                       Class D Felony    Degree 2 NCIC 3699

-- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
  PL 130.60   Sub 02             Class A Misdemeanor Degree 2 NCIC 1117

-- Endangering The Welfare Of A Child
  PL 260.10          Counts: 52   Class A Misdemeanor Degree 0 NCIC 3899

# Court Case Information

--**Court:** Nassau County 1st District Court   **Case Number:** Unknown

June 23, 1988
**Covered By Another Case**

-- Sodomy:Deviate Intercourse With Other Person Less Than 11
  PL 130.50   Sub 03  Counts: 126  Class B  Felony    NCIC 3699

-- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
  PL 263.05          Counts: 9    Class C  Felony    NCIC 3699

-- Sexual Abuse-1st Degree
  PL 130.65          Counts: 9    Class D  Felony    NCIC 1117

-- Sodomy-2nd Degree
  PL 130.45                       Class D  Felony    NCIC 3699

-- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
  PL 130.60   Sub 02             Class A  Misdemeanor  NCIC 1117

-- Endangering The Welfare Of A Child

    PL 260.10      Counts: 52   Class A  Misdemeanor  NCIC 3899

**Associated Case Number(s):** 69783-88(N)

### ▼ Cycle 3 ▲
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: June 23, 1988 04:20 pm (16:20:00)

| | |
|---|---|
| Name: | JESSE L FRIEDMAN |
| Date of Birth: | June 05, 1969 |
| Sex: | Male |
| Race: | White |
| Age at time of crime/arrest: | 19 |
| Address: | [redacted] |
| Fax Number: | NA10624 |
| Place of Arrest: | Village of Garden City, Nassau County, NY |
| Arrest Type: | Unknown |
| Date of Crime: | |
| Place of Crime: | Village of Great Neck, Nassau County, NY |
| Criminal Justice Tracking No.: | 11615343Q |
| Arresting Agency: | Nassau Co PD - Communication Bureau |
| Arresting Officer ID: | 4010 |
| Arrest Number: | 251344 |

**Arrest Charges:**

-- Sodomy-1st Degree
    PL 130.50    Counts: 12   Class B  Felony  Degree 1  NCIC 1199

-- Attempted Sodomy-1st Degree
    PL 130.50    Counts: 11   Class C  Felony  Degree 1  NCIC 1199

-- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
    PL 263.05    Counts: 4   Class C  Felony  Degree 0  NCIC 3699

-- Sexual Abuse-1st Degree
    PL 130.65    Counts: 4   Class D  Felony  Degree 1  NCIC 1117

**Court Case Information**

--Court: Nassau County 1st District Court   Case Number: F03130/88

June 23, 1988
  **Returned On Warrant**

June 23, 1988
  **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03131/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03132/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03136/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03139/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03140/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03141/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03142/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988
   **Bench Warrant Issued**

--**Court:** Nassau County 1st District Court    **Case Number:** F03143/88

   June 23, 1988
   **Returned On Warrant**

   June 23, 1988

**Bench Warrant Issued**

--Court: Nassau County 1st District Court   Case Number: F03144/88

June 23, 1988
**Returned On Warrant**

June 23, 1988
**Bench Warrant Issued**

--Court: Nassau County Court   Case Number: 69783-88

November 15, 1988
**Initial Report Of Indictment Number**

November 15, 1988
**Arraigned**
- Sodomy-1st Degree
  PL 130.50           Counts: 101  Class B  Felony        NCIC 1199

- Sodomy:Intercourse Forcible Compulsion
  PL 130.50    Sub 01  Counts: 17   Class B  Felony        NCIC 1199

- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
  PL 263.05           Counts: 9    Class C  Felony        NCIC 3699

- Sexual Abuse-1st Degree
  PL 130.65           Counts: 5    Class D  Felony        NCIC 1117

- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
  PL 130.65    Sub 01  Counts: 3    Class D  Felony        NCIC 1117

- Sodomy-2nd Degree
  PL 130.45                        Class D  Felony        NCIC 3699

- Sexual Abuse-2nd Degree
  PL 130.60                        Class A  Misdemeanor  NCIC 1117

- Endangering The Welfare Of A Child
  PL 260.10           Counts: 47   Class A  Misdemeanor  NCIC 3899

January 24, 1989
**Convicted Upon Plea Of Guilty** - Conviction Date: December 20, 1988
- Sodomy:Intercourse Forcible Compulsion
  PL 130.50       Sub 01    Counts: 2    Class B    Felony   NCIC 1199

  **Sentenced to:**  Term: 6 Year(s) to 18 Year(s)
  **Sentence Date:** January 24, 1989

- Sodomy:Intercourse Forcible Compulsion

    PL 130.50    Sub 01    Counts: 11    Class B    Felony    NCIC 1199

**In Full Satisfaction of:**

-- Sodomy-1st Degree
  PL 130.50  Counts: 101 Class B Felony NCIC 1199

-- Sodomy:Intercourse Forcible Compulsion
  PL 130.50 Sub01 Counts: 4 Class B Felony NCIC 1199

-- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
  PL 263.05      Counts: 9     Class C    Felony    NCIC 3699

-- Sexual Abuse-1st Degree
  PL 130.65  Counts: 5 Class D Felony NCIC 1117

-- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
  PL 130.65  Sub01 Counts: 3  Class D  Felony NCIC 1117

-- Sodomy-2nd Degree
  PL 130.45   Class D Felony NCIC 3699

-- Sexual Abuse-2nd Degree
  PL 130.60   Class A Misdemeanor NCIC 1117

-- Endangering The Welfare Of A Child
  PL 260.10  Counts: 47 Class A Misdemeanor NCIC 3899

**Sentenced to:**   Term: 6 Year(s) to 18 Year(s)
**Sentence Date:** January 24, 1989

**Interim release Status:** Remanded without bail

## ↓ Cycle 2 ↑
## Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: February 09, 1988 11:45 am (11:45:00)

| | |
|---|---|
| **Name:** | JESSE L FRIEDMAN |
| **Date of Birth:** | June 05, 1969 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | ███████ |
| **Age at time of crime/arrest:** | 18 |
| **Address:** | ███████ |

| | |
|---|---|
| Fax Number: | NA1897 |
| Place of Arrest: | Village of Garden City, Nassau County, NY |
| Arrest Type: | Warrant |
| Date of Crime: | |
| Place of Crime: | Village of Great Neck, Nassau County, NY |
| Criminal Justice Tracking No.: | 11106779K |
| Arresting Agency: | Nassau Co PD - Communication Bureau |
| Arresting Officer ID: | 4225 |
| Arrest Number: | 251344 |

**Arrest Charges:**

-- Sodomy-1st Degree
   PL 130.50   Counts: 6   Class B Felony      Degree 1 NCIC 1199

-- Sexual Abuse-1st Degree
   PL 130.65   Counts: 10 Class D Felony      Degree 1 NCIC 1117

-- Attempted Sexual Abuse-1st Degree
   PL 130.65               Class E Felony      Degree 1 NCIC 1117

-- Endangering The Welfare Of A Child
   PL 260.10   Counts: 19 Class A Misdemeanor Degree 0 NCIC 3806


## Court Case Information

--Court: Nassau County Court   Case Number: 67430-88

February 09, 1988
**Initial Report Of Indictment Number**
   -- Sodomy:Intercourse Forcible Compulsion
      PL 130.50   Sub 01  Counts: 6   Class B  Felony         NCIC 1199

   -- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
      PL 130.65   Sub 01  Counts: 10  Class D  Felony         NCIC 1117

   -- Attempted Sexual Abuse 1st Degree:Contact By Forcible Compulsion
      PL 130.65   Sub 01              Class E  Felony         NCIC 1117

   -- Acting In A Manner Injurious To Child Less Than 16
      PL 260.10   Sub 01  Counts: 19  Class A  Misdemeanor  NCIC 3802


December 20, 1988
**Convicted Upon Plea Of Guilty** - Conviction Date: December 20, 1988
   -- Attempted Sexual Abuse 1st Degree:Contact By Forcible Compulsion
      PL 130.65         Sub 01      Class E    Felony   NCIC 1117

**Sentenced to:** Term: 16 Month(s) to 4 Year(s) Concurrent
**Sentence Date:** January 24, 1989

December 20, 1988
**Convicted Upon Plea Of Guilty** - Conviction Date: December 20, 1988

-- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
PL 130.65    Sub 01   Counts: 4   Class D   Felony   NCIC 1117

**In Full Satisfaction of:**
-- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
PL 130.65   Sub01   Counts: 6   Class D   Felony   NCIC 1117

**Sentenced to:** Term: 28 Month(s) to 7 Year(s) Concurrent
**Sentence Date:** January 24, 1989

December 20, 1988
**Convicted Upon Plea Of Guilty** - Conviction Date: December 20, 1988

-- Sodomy:Intercourse Forcible Compulsion
PL 130.50    Sub 01   Counts: 4   Class B   Felony       NCIC 1199

**In Full Satisfaction of:**
-- Sodomy:Intercourse Forcible Compulsion
PL 130.50   Sub01   Counts: 2   Class B   Felony   NCIC 1199

**Sentenced to:** Term: 6 Year(s) to 18 Year(s) Concurrent
**Sentence Date:** January 24, 1989

-- Acting In A Manner Injurious To Child Less Than 16
PL 260.10    Sub 01              Class A   Misdemeanor   NCIC 3802

**In Full Satisfaction of:**
-- Acting In A Manner Injurious To Child Less Than 16
PL 260.10   Sub01   Counts: 18 Class A   Misdemeanor NCIC 3802

**Sentenced to:** Term: 1 Year(s) Concurrent
**Sentence Date:** January 24, 1989

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Incarceration Admission Information**
**Admission Date:**                February 07, 1989

| | |
|---|---|
| **Admission Reason:** | New Commitment |
| **Agency:** | NYS DOCCS Elmira Correctional Facility |
| **State Inmate ID No.:** | 89B0323 |
| **Sentence to:** | Term: 6 Year(s) to 18 Year(s); |
| **Max Expiration Date:** | |
| **Inmate Name:** | JESSE L FRIEDMAN |

### Incarceration Release Information

| | |
|---|---|
| **Release Date:** | December 07, 2001 |
| **Release Reason:** | Conditional Release to Local Agency |
| **Agency:** | NYS DOCCS Elmira Correctional Facility |
| **Inmate ID Number:** | 89B0323 |

### Parole Release Information

| | |
|---|---|
| **Received by Parole on:** | December 07, 2001 |
| **Release Type:** | Initial Release to Parole |
| **Max Expiration Date:** | December 09, 2006 |
| **Supervision Office:** | Manhattan VI |
| **Parole ID Number:** | 89B0323 |
| **Name:** | JESSE L FRIEDMAN |

### Parole Discharge Information

| | |
|---|---|
| **Discharged from Parole on:** | December 09, 2006 |
| **Discharge Type:** | Maximum Expiration |
| **Parole ID Number:** | 89B0323 |

### Cycle 1
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: November 25, 1987 07:45 pm (19:45:00)

| | |
|---|---|
| **Name:** | JESSE L FRIEDMAN |
| **Date of Birth:** | June 05, 1969 |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | ▆▆▆▆▆▆▆ |
| **Age at time of crime/arrest:** | 18 |
| **Address:** | ▆▆▆▆▆▆▆ |
| **Fax Number:** | NA16081 |
| **Place of Arrest:** | Village of Great Neck, Nassau County, NY |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | July 31, 1987 |
| **Place of Crime:** | Village of Great Neck, Nassau County, NY |
| **Criminal Justice Tracking No.:** | 11103159P |

**Arresting Agency:** Nassau Co PD - Communication Bureau
**Arresting Officer ID:** 4372
**Arrest Number:** 251344
**Arrest Charges:**

-- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
   PL 263.05          Counts: 11  Class C  Felony  Degree 0  NCIC 3699

-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
   PL 130.65    Sub 03  Counts: 2   Class D  Felony  Degree 1  NCIC 1117

## Court Case Information

--**Court:** Nassau County 1st District Court   **Case Number:** F05943/87

   **Initial Report Of Docket Number**

--**Court:** Nassau County Court   **Case Number:** 67104-87

   December 09, 1987
   **Initial Report Of Indictment Number**

   December 09, 1987
   **Arraigned**
      -- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
         PL 263.05            Counts: 2  Class C  Felony           NCIC 3699

      -- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
         PL 130.65    Sub 01            Class D  Felony           NCIC 1117

      -- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
         PL 130.65    Sub 03  Counts: 2  Class D  Felony           NCIC 1117

      -- Acting In A Manner Injurious To Child Less Than 16
         PL 260.10    Sub 01  Counts: 5  Class A  Misdemeanor  NCIC 3802

   January 24, 1989
   **Convicted Upon Plea Of Guilty** - Conviction Date: December 20, 1988
      -- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
         PL 263.05              Class C     Felony           NCIC 3699

            **In Full Satisfaction of:**
               -- Use Of A Child Less Than 16 Years of Age In A Sexual Performance
                  PL 263.05              Class C     Felony    NCIC 3699

               -- Sexual Abuse 1st Degree:Contact By Forcible Compulsion
                  PL 130.65     Sub01   Class D   Felony  NCIC 1117

-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11 Years Old
PL 130.65         Sub03        Class D      Felony         NCIC 1117

**Sentenced to:**  Term: 5 Year(s) to 15 Year(s)
**Sentence Date:** January 24, 1989

-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11 Years Old
PL 130.65         Sub 03       Class D      Felony         NCIC 1117

**Sentenced to:**  Term: 28 Month(s) to 7 Year(s)
**Sentence Date:** January 24, 1989

-- Acting In A Manner Injurious To Child Less Than 16
PL 260.10         Sub 01       Class A      Misdemeanor    NCIC 3802

**In Full Satisfaction of:**
-- Acting In A Manner Injurious To Child Less Than 16
   PL 260.10 Sub01 Counts: 4 Class A Misdemeanor NCIC 3802

**Sentenced to:**  Term: 1 Year(s)
**Sentence Date:** January 24, 1989

---

**Interim release Status:** Remanded without bail

### Other History Related Information

There is no Other History Related Information associated with this history.

### Job/License Information

There is no Job/License Information associated with this history.

### Wanted Information

There is no NYS Wanted Information associated with this history.

### Missing Person Information

There is no NYS Missing Information associated with this history.

### Additional Information

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:759843HA3

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).

This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**

All information presented herein is as complete as the data furnished to DCJS.

BACK