## FORTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Fred Doe, a male child, less than sixteen years old, to wit: 1) the defendant permitted the victim to see a computer disc depicting naked people; 2) the victim observed the defendant place his hand down the pants of several boys; 3) the victim observed the defendant hit several boys and 4) the victim observed the defendant's penis being touched by several boys.

## FORTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Fred Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant hit several boys.

## FORTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see a computer disc entitled "Dirty Movie" depicting a naked woman touching her vagina.

## FORTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the defendant hit the victim.

## FORTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant's exposed penis.

## FORTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch his penis to a boy's back.

## FORTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the victim was told by the defendant to pull his pants down.

## FIFTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the defendant permitted the victim to see magazines depicting pictures of naked people.

### FIFTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant ARNOLD FRIEDMAN order a boy into a corner of a room where the defendant, ARNOLD FRIEDMAN, told him to remove his pants and rub his exposed penis up against the wall while the defendant, JESSE FRIEDMAN, touched his exposed penis to the boy's buttocks.

### FIFTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: 1) the defendant permitted the victim to see a computer disc entitled "Dirty Movie" depicting a naked woman touching her vagina; 2) the defendant hit the victim; 3) the victim observed the defendant's exposed penis; 4) the victim observed the defendant touch his penis to a boy's back; 5) the victim was told by the defendant to pull his pants down; 6) the defendant permitted the victim to see magazines containing pictures of naked people and 7) the victim observed the defendant order a boy into a corner of a room where the defendant told him to remove his pants and rub his exposed penis up against the wall while JESSE FRIEDMAN touched his exposed penis to the boy's buttocks.

### FIFTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 31st day of December, 1986 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant touch his exposed penis to a boy's buttocks.

## FIFTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the defendant hit the victim.

## FIFTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's exposed penis.

## FIFTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant touch his penis to a boy's back.

## FIFTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant hit several boys.

## FIFTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: 1) the defendant hit the victim; 2) the victim observed the defendant's exposed penis; 3) the victim observed the defendant touch his penis to a boy's back; 4) the victim observed the defendant hit several boys; 5) the victim observed the defendant touch his exposed penis to a boy's buttocks after ARNOLD FRIEDMAN had ordered the boy into a corner of a room and told him to remove his pants and rub his exposed penis up against the wall.

## FIFTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 31st day of December, 1986 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Edward Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch his penis to a boy's back.

## SIXTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1986 to on or about the 31st day of March, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Dennis Doe, a male child, less than sixteen years old, to wit: the defendant permitted the victim to see computer discs depicting naked people.

## SIXTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of April, 1986 to on or about the 30th day of June, 1986, in the County of Nassau, State of New York, knowingly acted in a

manner likely to be injurious to the physical, mental and moral welfare of Dennis Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see computer discs depicting naked people.

## SIXTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1986 to on or about the 31st day of March, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Dennis Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's exposed penis.

## SIXTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN,  from on or about the 1st day of January, 1986 to on or about the 31st day of March, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Dennis Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant touch a boy's penis.

## SIXTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of January, 1986 to on or about the 31st day of March, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Dennis Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant, ARNOLD FRIEDMAN, contact a boy's anus with the defendant's penis while the defendant, JESSE FRIEDMAN, held the boy.

## SIXTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the
1st day of January, 1986 to on or about the 31st day of March,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Dennis Doe, a male child, less than sixteen
years old, to wit: 1) the defendant permitted the victim to
see computer discs depicting naked people; 2) the victim observed
the defendant's exposed penis; 3) the victim observed the defendant
touch a boy's penis; 4) the victim observed the defendant contact
a boy's anus with the defendant's penis while JESSE FRIEDMAN
held the boy.

## SIXTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN,
of the crime of ENDANGERING THE WELFARE OF A CHILD, committed
as follows:

The defendants, ARNOLD FRIEDMAN and JESSE FRIEDMAN,
individually and aiding and abetting and being aided and abetted
by each other, from on or about the 1st day of September, 1987
to on or about the 25th day of November, 1987, in the County
of Nassau, State of New York, knowingly acted in a manner likely
to be injurious to the physical, mental and moral welfare of
Richard Doe, a male child, less than sixteen years old, to wit:
the victim observed the defendant, ARNOLD FRIEDMAN, place his
mouth on the defendant, JESSE FRIEDMAN'S, penis with his permission.

## SIXTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the
1st day of September, 1986, to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Stephen Doe, a male child, less than sixteen
years old, to wit:  the victim observed the defendant hit several
boys.

## SIXTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ARNOLD FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the
1st day of September, 1986, to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Michael Doe, a male child, less than sixteen
years old, to wit:  the defendant permitted the victim to see
a computer disc entitled "Strip Poker" depicting a naked female.

### SIXTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Michael Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see a computer disc entitled "Stroker" depicting a hand masturbating a penis.

### SEVENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Michael Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see a computer disc entitled "Dirty Movie" depicting a naked woman touching her vagina.

### SEVENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Michael Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see magazines containing pictures of naked people.

### SEVENTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Michael Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant stroking his exposed penis.

### SEVENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ARNOLD FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the
1st day of September, 1986, to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Michael Doe, a male child, less than sixteen
years old, to wit:  1)  the defendant permitted the victim to
see a computer disc entitled "Strip Poker" depicting a naked
female; 2) the defendant permitted the victim to see a computer
disc entitled "Stroker" depicting a hand masturbating a penis;
3) the defendant permitted the victim so see a computer disc
entitled "Dirty Movie" depicting a naked woman touching her vagina;
4) the defendant permitted the victim to see magazines containing
pictures of naked people and 5) the victim observed the defendant
stroking his exposed penis.

### SEVENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ARNOLD FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the
1st day of September, 1986 to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Keith Doe, a male child, less than sixteen years
old, to wit:  the defendant permitted the victim to see a computer
disc entitled "Dirty Movie" depicting a naked woman touching
her vagina.

### SEVENTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ARNOLD FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the
1st day of September, 1986 to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Keith Doe, a male child, less than sixteen years
old, to wit:  the defendant permitted the victim to see a computer
disc entitled "Load Me" depicting a man and a woman engaged in
sexual intercourse.

## SEVENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see magazines containing pictures of naked people.

## SEVENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the defendant permitted the victim to see magazines containing pictures of naked people.

## SEVENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's exposed penis.

## SEVENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's exposed penis.

## EIGHTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's penis being touched by several boys.

## EIGHTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  the victim observed the defendant's penis being touched by several boys.

## EIGHTY··SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit:  1) the defendant permitted the victim to see a computer disc entitled "Dirty Movie" depicting a naked woman touching her vagina; 2) the defendant permitted the victim to see a computer disc entitled "Load Me" depicting a man and a woman engaged in sexual intercourse; 3) the defendant permitted the victim to see magazines containing pictures of naked people; 4) the victim observed the defendant's exposed penis and 5) the victim observed the defendant's penis being touched by several boys.

## EIGHTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ARNOLD FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ARNOLD FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 31st day of March, 1987, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and

moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: 1) the defendant permitted the victim to see magazines containing pictures of naked people; 2) the victim observed the defendant's exposed penis and 3) the victim observed the defendant's penis being touched by several boys.

## EIGHTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: the defendant did hit the victim.

## EIGHTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant hit several boys.

## EIGHTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant's exposed penis.

## EIGHTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant's penis being touched by several boys.

## EIGHTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the
1st day of January, 1987 to on or about the 31st day of March,
1987, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Keith Doe, a male child, less than sixteen years
old, to wit: the victim observed the defendant's exposed penis.

## EIGHTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the
1st day of January, 1987 to on or about the 31st day of March,
1987, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Keith Doe, a male child, less than sixteen years
old, to wit: the victim observed the defendant's penis being
touched by several boys.

## NINTITEH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the
1st day of September, 1986 to on or about the 31st day of December,
1986, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and
moral welfare of Keith Doe, a male child, less than sixteen years
old, to wit: 1) the defendant did hit the victim; 2) the victim
observed the defendant hit several boys; 3) the victim ovserved
the defendant's exposed penis and 4) the victim observed the
defendant's penis being touched by several boys.

## NINETY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the
1st day of January, 1987 to on or about the 31st day of March,
1987, in the County of Nassau, State of New York, knowingly acted
in a manner likely to be injurious to the physical, mental and

moral welfare of Keith Doe, a male child, less than sixteen years old, to wit: 1) the victim observed the defendant's exposed penis and 2) the victim observed the defendant's penis being touched by several boys.

All of the acts and transactions alleged in each of the several counts in this indictment are connected together and form part of a common scheme and plan.

Dated: February 1, 1988

DENIS DILLON
District Attorney

PLEASE TAKE NOTICE that in accordance with the provisions of Section 240.30 of the Criminal Procedure Law, I hereby demand that within twenty days of the date of service of this Demand, you disclose and make available to the District Attorney of Nassau County for inspection, photocopying , or testing, any written report or document or portion thereof, concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant.

PLEASE TAKE FURTHER NOTICE that in accordance with the provisions of Section 250.20 of the Criminal Procedure Law I hereby demand from you and each of you that if you intend upon the trial of this indictment to offer, for any purpose whatever, testimony which may tend to establish your presence elsewhere than at the scene of the crime or crimes with which you are charged, at the time of their commission, you must, within eight days from the date of service of this Demand, serve upon the District Attorney of Nassau County, and file with this court, a copy thereof, a "notice of alibi" which shall set forth in detail the place or places where you claim to have been together with the names, post office addresses, residences and places of employment and the addresses thereof of the witnesses upon whom you intend to rely to establish your presence elsewhere than at the scene of the crime or crimes at the time of their commission.

If at the trial of this action the defendant calls such an alibi witness without having served a notice of alibi pursuant to the demand, or, if having served such a notice he calls a witness not specified therein, a motion will be made pursuant to the provisions of Section 250.20 of the Criminal Procedure Law to exclude any testimony of such witness relating to the alibi defense.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 710.30 of the Criminal Procedure Law, the People intend to offer at the trial of this indictment evidence of oral and/or written statement(s) made to a public servant pertaining to the charge set forth in this indictment.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 710.30 of the Criminal Procedure Law, during the trial of this matter, the People expect to introduce testimony identifying the defendant as a person who committed the offenses charged as set forth in this indictment, which testimony will be given by a witness (witnesses) who has (have) previously identified the defendant.

> DENIS DILLON
> District Attorney
> Nassau County, New York

DA-56. 8/70
DA-1187. 9/71 Rev. 1/80

COUNTY COURT : COUNTY OF NASSAU

THE PEOPLE OF THE STATE OF NEW YORK

&mdash; against&mdash;

ARNOLD FRIEDMAN and JESSE FRIEDMAN,

Defendant s.

**DENIS DILLON**
District Attorney

### INDICTMENT FOR

SODOMY IN THE FIRST DEGREE (3 Counts as to A.
Friedman), (4 Counts as to J. Friedman), (2 Counts
as to both defts.); SEXUAL ABUSE IN THE FIRST DEGREE
(15 Counts as to A. Friedman), (7 Counts as to J.
Friedman), (3 Counts as to both defts.); AN ATTEMPT
TO COMMIT THE CRIME OF SEXUAL ABUSE IN THE FIRST DEGREE
(2 Counts as to A. Friedman), (1 Count as to J. Friedman),
and ENDANGERING THE WELFARE OF A CHILD (35 Counts as to A.
Friedman), (16 Counts as to J. Friedman) and (3 Counts
as to both defts.)

**A TRUE BILL**

Foreman

**3**

COUNTY COURT  :  COUNTY OF NASSAU



THE PEOPLE OF THE STATE OF NEW YORK

      - against -

JESSE FRIEDMAN and ROSS GOLDSTEIN
(as a juvenile offender under Counts
2, 4, 6, 8, 42, 109, 110, 111, 112,
113, 114, 121, 122, 123 and 124),

          Defendants

THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, accuses
the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of.
SODOMY IN THE FIRST DEGREE, committed as follows:

    The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN,
individually and aiding and abetting and being aided and abetted by
each other, from on or about the 1st day of March, 1986, to on or
about the 1st day of July, 1986, in the County of Nassau, State of
New York, engaged in deviate sexual intercourse with William Doe, a
person less than eleven years old, to wit: the defendant FREIDMAN
did contact the victim's anus with the defendant FRIEDMAN's penis
while the defendant GOLDSTEIN was holding the victim.

## SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, a
juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE,
committed as follows:

    The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, a
juvenile offender, individually and aiding and abetting and being
aided and abetted by each other, from on or about the 1st day of
March, 1986, to on or about the 1st day of July, 1986, in the County
of Nassau, State of New York, engaged in deviate sexual intercourse
with William Doe by forcible compulsion.

## THIRD COUNT.

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN,
of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant GOLDSTEIN did contact the victim's anus with the defendant GOLDSTEIN's penis while the defendant FRIEDMAN was holding the victim.

## FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, a juvenile offender, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe by forcible compulsion.

## FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant FRIEDMAN did contact the victim's anus with the defendant FRIEDMAN's penis while the defendant GOLDSTEIN was holding the victim.

## SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe by forcible compulsion.

## SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant GOLDSTEIN did contact the victim's anus with the defendant GOLDSTEIN's penis while the defendant FRIEDMAN held the victim.

## EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe by forcible compulsion.

## NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years told, to wit: the defendant FRIEDMAN did contact the victim's anus with the defendant FRIEDMAN's penis while the defendant GOLDSTEIN held the victim.

## TENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe by forcible compulsion.

## ELEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years told, to wit: the defendant FRIEDMAN did contact the victim's anus with the defendant FRIEDMAN's penis while the defendant GOLDSTEIN held the victim.

## TWELFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe by forcible compulsion.

## THIRTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant GOLDSTEIN did contact the victim's anus with the defendant GOLDSTEIN's penis while the defendant FRIEDMAN held the victim.

:

## FOURTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendants, JESSE FRIEDMAN and ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by each other, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe by forcible compulsion.

## FIFTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by John Roe, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis while John Roe held the victim.

## SIXTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually, and aiding and abetting and being aided and abetted by John Roe, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986 in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe by forcible compulsion.

## SEVENTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually, and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit:  the defendant did place his mouth on the victim's penis while Wayne Roe held the victim..

## EIGHTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually, and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, by forcible compulsion.

## NINETEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually, and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis while Wayne Roe held the victim.

## TWENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually, and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, by forcible compulsion.

## TWENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or

about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis while Arnold Friedman held the victim.

## TWENTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, by forcible compulsion.

## TWENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis while Arnold Friedman held the victim.

## TWENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, by forcible compulsion.

### TWENTY FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually, and aiding and abetting and being aided and abetted by Wayne Roe from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis while Wayne Roe held the victim.

### TWENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually, and aiding and abetting and being aided and abetted by Wayne Roe from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, by forcible compulsion.

### TWENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 15th day of December, 1986, to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis while Wayne Roe held the victim.

### TWENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually, and aiding and abetting and being aided and abetted by Wayne Roe, from on or about the 15th day of December, 1986, to on or about the 27th day of

March, 1987, in the County of Nassau, State of New York, engaged in
deviate sexual intercourse with Dennis Doe, by forcible compulsion.

## TWENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually, and aiding and
abetting and being aided and abetted by Wayne Roe, from on or about
the 15th day of December, 1986, to on or about the 27th day of
March, 1987, in the County of Nassau, State of New York, engaged in
deviate sexual intercourse with Dennis Doe, a person less than
eleven years old, to wit:  the defendant did contact the victim's
anus with the defendant's penis while Wayne Roe held the victim.

## THIRTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, individually, and aiding and
abetting and being aided and abetted by Wayne Roe, from on or about
the 15th day of December, 1986, to on or about the 27th day of
March, 1987, in the County of Nassau, State of New York, engaged in
deviate sexual intercourse with Dennis Doe, by forcible compulsion.

## THIRTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and
abetting and being aided and abetted by Arnold Friedman, from on or
about the 1st day of January, 1987, to on or about the 1st day of
April, 1987, in the County of Nassau, State of New York, engaged in
deviate sexual intercourse with Patrick Doe by forcible compulsion.

## THIRTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and
abetting and being aided and abetted by Arnold Friedman, from on or
about the 1st day of January, 1987, to on or about the 1st day of

April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Patrick Doe by forcible compulsion.

## THIRTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Patrick Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis while Arnold Friedman did contact the victim's anus with Arnold Friedman's penis.

## THIRTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, individually and aiding and abetting and being aided and abetted by Arnold Friedman, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Patrick Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis while Arnold Friedman did contact the victim's anus with Arnold Friedman's penis.

## THIRTY-FIFTH

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## THIRTY-SIXTH

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe by forcible compulsion.

## THIRTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## THIRTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## THIRTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## FORTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with William Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## FORTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, compelled another to engage in deviate sexual intercourse with James Doe by forcible compulsion.

## FORTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with James Doe by forcible compulsion.

## FORTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Lawrence Doe by forcible compulsion.

## FORTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Lawrence Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FORTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Lawrence Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FORTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## FORTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 15th day of December, 1986, to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## FORTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 15th day of December, 1986, to on or about the 27th day of March, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Dennis Doe by forcible compulsion.

## FORTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FIFTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FIFTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FIFTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## FIFTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## FIFTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## FIFTH-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## FIFTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### FIFTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### FIFTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### FIFTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### SIXTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### SIXTY FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## SIXTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## SIXTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## SIXTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## SIXTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### SIXTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### SIXTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### SIXTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### SIXTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### SEVENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## SEVENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## SEVENTH-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## SEVENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## SEVENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986,

in the County of Nassau, State of New York, engaged in deviate
sexual intercourse with Daniel Doe, a person less than eleven years
old, to wit: the defendant did contact the victim's anus with the
defendant's penis.

## SEVENTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of September, 1986, to on or about the 31st day of December, 1986,
in the County of Nassau, State of New York, engaged in deviate
sexual intercourse with Daniel Doe, a person less than eleven years
old, to wit: the defendant did contact the victim's anus with the
defendant's penis.

## SEVENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of September, 1986, to on or about the 31st day of December, 1986,
in the County of Nassau, State of New York, engaged in deviate
sexual intercourse with Daniel Doe, a person less than eleven years
old, to wit: the defendant did contact the victim's anus with the
defendant's penis.

## SEVENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of September, 1986, to on or about the 31st day of December, 1986,
in the County of Nassau, State of New York, engaged in deviate
sexual intercourse with Daniel Doe, a person less than eleven years
old, to wit: the defendant did contact the victim's anus with the
defendant's penis.

## SEVENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuses the defendant, JESSE FRIEDMAN, of the crime of
SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of September, 1986, to on or about the 31st day of December, 1986,
in the County of Nassau, State of New York, engaged in deviate

sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## SEVENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## EIGHTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## EIGHTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## EIGHTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### EIGHTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### EIGHTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### EIGHTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### EIGHTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## EIGHTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## EIGHTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## EIGHTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETY FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## NINETY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## NINETY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## NINETY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## NINETY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## NINETY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDREDTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED TENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED ELEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED TWELFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED THIRTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED FOURTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED FIFTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

## ONE HUNDRED SIXTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

## ONE HUNDRED SEVENTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

### ONE HUNDRED EIGHTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

### ONE HUNDRED NINETEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

### ONE HUNDRED TWENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim placed his mouth on the defendant's penis.

### ONE HUNDRED TWENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible complusion.

## ONE HUNDRED TWENTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible complusion.

## ONE HUNDRED TWENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible complusion.

## ONE HUNDRED TWENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, a juvenile offender, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, a juvenile offender, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible complusion.

## ONE HUNDRED TWENTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## ONE HUNDRED TWENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED TWENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED TWENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986, to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED TWENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED THIRTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED THIRTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED THIRTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED THIRTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

## ONE HUNDRED THIRTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED THIRTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED THIRTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED THIRTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit:  the victim did contact the defendant's anus with the victim's penis.

### ONE HUNDRED THIRTY-EIGHTY COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st

day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED THIRTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED FORTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED FORTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

## ONE HUNDRED FORTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED FORTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED FORTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 3Ist day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

## ONE HUNDRED FORTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED FORTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED FORTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### ONE HUNDRED FORTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### ONE HUNDRED FORTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:
The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### ONE HUNDRED FIFTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuses the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe by forcible compulsion.

### ONE HUNDRED FIFTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED FIFTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercours with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED FIFTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986, to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Daniel Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED FIFTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, intne County of Nassau, State of New York, engaged in deviate sexual intercourse with Patrick Doe, by forcible compulsion.

### ONE HUNDRED FIFTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Patrick Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

### ONE HUNDRED FIFTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED FIFTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED FIFTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## ONE HUNDRED FIFTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did place his mouth on the victim's penis.

## ONE HUNDRED SIXTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED SIXTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED SIXTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the

County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

## ONE HUNDRED SIXTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SIXTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

## ONE HUNDRED SEVENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED SEVENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

### ONE HUNDRED SEVENTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED SEVENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED SEVENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit:  the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED SEVENTY-FIFTH COUNT

AND THE GRAND·JURY OF THE·COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED SEVENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, by forcible compulsion.

### ONE HUNDRED SEVENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE·COUNTY OF·NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory·Doe, by forcible compulsion.

### ONE HUNDRED SEVENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### ONE HUNDRED SEVENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987, to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did contact the defendant's anus with the victim's penis.

### ONE HUNDRED EIGHTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED EIGHTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED EIGHTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the defendant did contact the victim's anus with the defendant's penis.

### ONE HUNDRED EIGHTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the

County of Nassau, State of New York, engaged in deviate sexual
intercourse with Gregory Doe, a person less than eleven years old,
to wit:  the victim did contact the defendant's anus with the
victim's penis.

### ONE HUNDRED EIGHTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th
day of March, 1987, to on or about the 1st day of July, 1987, in the
County of Nassau, State of New York, engaged in deviate sexual
intercourse with Gregory Doe, a person less than eleven years old,
to wit:  the victim did contact the defendant's anus with the
victim's penis.

### ONE HUNDRED EIGHTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th
day of March, 1987, to on or about the 1st day of July, 1987, in the
County of Nassau, State of New York, engaged in deviate sexual
intercourse with Gregory Doe, by forcible compulsion.

### ONE HUNDRED EIGHTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th
day of March, 1987, to on or about the 1st day of July, 1987, in the
County of Nassau, State of New York, engaged in deviate sexual
intercourse with Gregory Doe, by forcible compulsion.

### ONE HUNDRED EIGHTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY
IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th
day of March, 1987, to on or about the 1st day of July, 1987, in the
County of Nassau, State of New York, engaged in deviate sexual
intercourse with Gregory Doe, by forcible compulsion.

### ONE HUNDRED EIGHTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### ONE HUNDRED EIGHTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### ONE HUNDRED NINETIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of March, 1987, to on or about the 1st day of July, 1987, in the County of Nassau, State of New York, engaged in deviate sexual intercourse with Gregory Doe, a person less than eleven years old, to wit: the victim did place his mouth on the defendant's penis.

### ONE HUNDRED NINETY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced William Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim engaged in a game entitled "Simon Says" wherein acts of sexual abuse were committed.

### ONE HUNDRED NINETY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced William Doe, a child less than sixteen years of age to engage in a sexual performance, to wit:  the defendant did photograph the victim engaged in a game entitled "Leap Frog" wherein acts of sexual abuse were committed.

## ONE HUNDRED NINETY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced William Doe, a child less than sixteen years of age to engage in a sexual performance, to wit:  the defendant did photograph the victim engaged in a game entitled "Super Hero" wherein acts of sexual abuse were committed.

## ONE HUNDRED NINETY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit:  the defendant did photograph the victim while he was being sexually abused by ROSS GOLDSTEIN.

## ONE HUNDRED NINETY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit:  the defendant did photograph the victim while he was being sexually abused by ROSS GOLDSTEIN.

## ONE HUNDRED NINETY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## ONE HUNDRED NINETY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## ONE HUNDRED NINETY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## ONE HUNDRED NINETY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced James Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRED FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced Dennis Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRED SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced Dennis Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRED THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced Dennis Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRED FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of USE OF A CHILD IN A SEXUAL PERFORMANCE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, knowing the character and content thereof, he employed, authorized, or induced Dennis Doe, a child less than sixteen years of age to engage in a sexual performance, to wit: the defendant did photograph the victim while he was being sexually abused by others.

## TWO HUNDRED FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SODOMY IN THE SECOND DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, being eighteen years old or more, compelled others to engage in deviate sexual intercourse with James Doe, a person less than fourteen years old, to wit: the defendant compelled other children to contact their penis' to the anus of the victim.

## TWO HUNDRED SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SODOMY IN THE SECOND DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, being eighteen years old or more, compelled others to engage in deviate sexual intercourse with James Doe, a person less than fourteen years old, to wit: the defendant did place his mouth on the victim's penis.

## TWO HUNDRED SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986, in the County of Nassau, State of New York, subjected William Doe, a person less than eleven years old to sexual contact, to wit: the defendant did rub his penis on the victim's back.

## TWO HUNDRED EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, subjected Lawrence Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 1st day of April, 1987, in the County of Nassau, State of New York, subjected Lawrence Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED TENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch his penis.

## TWO HUNDRED ELEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch his penis.

## TWO HUNDRED TWELFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years. old to sexual contact, to wit: the defendant did touch his penis.

### TWO HUNDRED THIRTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the victim touched the defendant's penis.

### TWO HUNDRED FOURTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986, in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the victim touched the defendant's penis.

### TWO HUNDRED FIFTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987 in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch his penis to the victim's penis.

### TWO HUNDRED SIXTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987 in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED SEVENTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987 in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED EIGTHTEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 15th day of December, 1986 to on or about the 27th day of March, 1987 in the County of Nassau, State of New York, subjected Dennis Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED NINETEENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE FIRST DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of January, 1987 to on or about the 1st day of April, 1987 in the County of Nassau, State of New York, subjected Patrick Doe, a person less than eleven years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED TWENTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of SEXUAL ABUSE IN THE SECOND DEGREE, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, subjected James Doe, a person less than fourteen years old to sexual contact, to wit: the defendant touched his penis to the victim's back.

## TWO HUNDRED TWENTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of SEXUAL ABUSE IN THE SECOND DEGREE, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, subjected James Doe, a person less than fourteen years old to sexual contact, to wit: the defendant did touch the victim's penis.

## TWO HUNDRED TWENTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Leap Frog".

## TWO HUNDRED TWENTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Leap Frog".

## TWO HUNDRED TWENTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Leap Frog".

## TWO HUNDRED TWENTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Simon Says".

## TWO HUNDRED TWENTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Simon Says".

## TWO HUNDRED TWENTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Simon Says".

## TWO HUNDRED TWENTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Simon Says".

## TWO HUNDRED TWENTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Simon Says".

## TWO HUNDRED THIRTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Super Hero".

## TWO HUNDRED THIRTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed children engaged in sexual acts at the direction of the defendant during a game entitled "Super Hero".

## TWO HUNDRED THIRTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant's exposed penis.

## TWO HUNDRED THIRTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant masturbating into a cup.

## TWO HUNDRED THIRTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED THIRTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED THIRTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED THIRTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the

County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of ·
William Doe, a male child, less than sixteen years old, to wit:   the
victim observed the defendant touch the penis of ROSS GOLDSTEIN.

### TWO HUNDRED THIRTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:   the
victim observed the defendant touch the penis of ROSS GOLDSTEIN.

### TWO HUNDRED THIRTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, JESSE FRIEDMAN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:   the
victim observed children engaged in sexual acts at the direction of
the defendant during a game entitled "Hora Bora Alice".

### TWO HUNDRED FORTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:   the
victim observed the defendant participating in a game entitled "Leap
Frog", wherein sexual acts were committed.

### TWO HUNDRED FORTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the

County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:  the
victim observed the defendant participating in a game entitled "Leap
Frog", wherein sexual acts were committed.

### TWO HUNDRED FORTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:  the
victim observed the defendant participating in a game entitled "Leap
Frog", wherein sexual acts were committed.

### TWO HUNDRED FORTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:  the
victim observed the defendant participating in a game entitled
"Simon Says", wherein sexual acts were committed.

### TWO HUNDRED FORTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day
of March, 1986 to on or about the 1st day of July, 1986 in the
County of Nassau, State of New York, knowingly acted in a manner
likely to be injurious to the physical, mental and moral welfare of
William Doe, a male child, less than sixteen years old, to wit:  the
victim observed the defendant participating in a game entitled
"Simon Says", wherein sexual acts were committed.

### TWO HUNDRED FORTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment,
further accuse the defendant, ROSS GOLDSTEIN, of the crime of
ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit:   the victim observed the defendant participating in a game entitled "Simon Says", wherein sexual acts were committed.

## TWO HUNDRED FORTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit:   the victim observed the defendant participating in a game entitled "Simon Says", wherein sexual acts were committed.

## TWO HUNDRED FORTY-SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit:   the victim observed the defendant participating in a game entitled "Simon Says", wherein sexual acts were committed.

## TWO HUNDRED FORTY-EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit:   the victim observed the defendant participating in a game entitled "Super Hero", wherein sexual acts were committed.

## TWO HUNDRED FORTY-NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant participating in a game entitled "Super Hero", wherein sexual acts were committed.

## TWO HUNDRED FIFTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant masturbating into a cup.

## TWO HUNDRED FIFTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of JESSE FRIEDMAN.

## TWO HUNDRED FIFTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant participating in a game entitled "Hora Bora Alice", wherein sexual acts were committed.

## TWO HUNDRED FIFTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, ROSS GOLDSTEIN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, ROSS GOLDSTEIN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant masturbating into gum and then distri=. buting it to children to chew.

## TWO HUNDRED FIFTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of September, 1986 to on or about the 31st day of December, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of William Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant licking out M & M's from a child's underpants.

## TWO HUNDRED FIFTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant contact a child's anus with the defendant's penis.

## TWO HUNDRED FIFTY-SIXTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant hold a child while that child placed his mouth on the penis of ROSS GOLDSTEIN.

## TWO HUNDRED FIFTY=SEVENTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant contact the anus of a child with the defendant's penis.

## TWO HUNDRED FIFTY=EIGHTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED FIFTY=NINTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED SIXTIETH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED SIXTY-FIRST COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED SIXTY-SECOND COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED SIXTY-THIRD COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch the penis of ROSS GOLDSTEIN.

## TWO HUNDRED SIXTY-FOURTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the County of Nassau, State of New York, knowingly acted in a manner likely to be injurious to the physical, mental and moral welfare of James Doe, a male child, less than sixteen years old, to wit: the victim observed the defendant touch his penis to children.

## TWO HUNDRED SIXTY-FIFTH COUNT

AND THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, further accuse the defendant, JESSE FRIEDMAN, of the crime of ENDANGERING THE WELFARE OF A CHILD, committed as follows:

The defendant, JESSE FRIEDMAN, from on or about the 1st day of March, 1986 to on or about the 1st day of July, 1986 in the