# EXHIBIT 6

DCJS-3231 (7/05)

# New York State
## SEX OFFENDER CHANGE OF ADDRESS FORM
Please Type or Print all Information

| DCJS USE ONLY | LOCAL USE ONLY | | NYSID No. |
|---|---|---|---|
| 13996 | | | 0 6 0 1 0 5 9 0 L |

**Address Data**

| 1. Sex Offender's Name (Last, First, Middle) | 2. Date of Birth | 3. Height | 4. Weight | 5. Hair | 6. Eyes |
|---|---|---|---|---|---|
| FRIEDMAN, JESSE, L | [redacted] | 5ft 08in | 160lb | RED | |

| 7. Former Address (Street No., Street Name, Building No., Apt. No.) | 8. City, State, Zip | 9. County | 10. Date Moved |
|---|---|---|---|
| [redacted] | CORONA, NY, 11368 | [redacted] | 04/13/2009 |

| 11. New Residence Address (Street No., Street Name, Building No., Apt. No., etc.) | 12. City, State, Zip | 13. County | 14. Phone number |
|---|---|---|---|
| [redacted] | BRIDGEPORT, CT, 06604 | BRIDGEPORT | |

**Employer Data**

| 15. Name of Current Employer #1 | 16. Actual Employment Address | 17. City, State, Zip | 18. County |
|---|---|---|---|
| | | | |

| 19. Name of Current Employer #2 | 20. Actual Employment Address | 21. City, State, Zip | 22. County |
|---|---|---|---|
| | | | |

**Higher Education Data**

23. Name of Institution of Higher Education  Attending ☐  Employed At ☐  Enrolled At ☐
24. Anticipated Dates of Attendance, Employment, or From / To

25. Street No., Street Name, Building No., Dept. No.

26. Address of Institution of Higher Education (Include City, State, Zip) | 27. County | 28. ☐ I am no longer attending, employed at or enrolled at an institution of higher education.

**Motor Vehicle Data**

29. Complete the information below for all Vehicles to which the offender has access.

| Owner's Name | License Plate No. | Issuing State | Vehicle Yr. | Make | Model | Color |
|---|---|---|---|---|---|---|
| | [redacted] | | 2007 | SUBA | IMPREZA | GREY |
| | [redacted] | | 1994 | VOLV | | Absconder |
| | | | | | | |

**Internet Data**

| 30. If Sex Offender subscribes to an internet account, list name(s) of internet service provider(s) | 31. User Screen Name(s) | 32. E-Mail Address(es) |
|---|---|---|

If the sex offender is currently incarcerated, please complete the following: DKT3616

| Name of Facility | Inmate ID No. | Anticipated Release Date |
|---|---|---|
| | | |

| Notifying Officer | Notifying Agency Name | 14. Notifying Agency Phone Number |
|---|---|---|
| P.O. Livingston | NYPD/SOMU | 212.736.2977 |

| Notifying Officer's Signature | Date |
|---|---|
| [signature] | 4/13/09 |

"I acknowledge that the information on this form is true and accurate. Offering false information or failing to provide required information is a crime."

Sex Offender's Signature: [signature]   Date: 4/13/09

Sex Offender must sign and date this form

SEX OFFENDER REGISTRY

2009 APR 21  AM 10:06

RECEIVED DCJS