# EXHIBIT 7

# State of Connecticut
## Department of Public Safety
### Sex Offender Registry -- Registration Form

**D.P.S.** VERIFIED SEX OFFENDER REGISTRY

Type of Registration: ☐ Initial Registration  ☐ Change of Address Only  ☒ Out of State Offender  ☐ Temporary

**Last Name, First Name, Middle Name:** Friedman, Jesse L

**Aliases & Other names used including legal name changes:**

**Current or Intended Address** (No P.O. boxes. If no address is provided registration is not complete and registrant must report to DPS-Sex Offender Registry Unit within 3 days of release)

| No. & Street | Unit # | City | Zip Code |
|---|---|---|---|
| [redacted] | | | |

**Educational Institution or Employment:** (Name and address) —

☐ Student  ☐ Employed/Carry on vocation  ☐ Non resident CT employ.

### Crime(s) Requiring Registration:

| Statute # | Statute Title | Conviction Date | Docket Number | Court Location |
|---|---|---|---|---|
| NYconv. | Sex Abuse-Sex Contact w/ind < 11 yrs | 12-20-88 | | New York |
| **Place of Crime:** N.Y. | **Arresting Agency:** Nassau County | **Date of Release:** | **Local Case #:** | **Court Name/ GA No.:** County Court Nassau |
| NYconv. | Use Child < 16 Sex performance | | | |
| **Place of Crime:** -- | **Arresting Agency:** | **Date of Release:** | **Local Case #:** | **Court Name/ GA No.:** |

**Duration of Registration:** ☐ 10 years  ☒ Life  ☐ Other:  **End Registration Date:**

**Offense Classification:** ☐ Sexually Violent Offense  ☐ Criminal Offense Against a victim who is a minor  ☐ Non-Violent  ☒ Foreign Jurisdiction  ☐ Felony for sexual purpose

**DOB:** [redacted]

**Current Status:** ☐ On Probation  ☒ On Parole (crossed out)

**Race/Ethnicity** (check all that apply): ☒ White  ☐ Asian  ☐ Black  ☐ Native Amer.  ☐ Hispanic  ☐ Other

| SPBI Number | POB | Sex | Height | Weight | Hair | Eyes | Complexion (Skin Tone) |
|---|---|---|---|---|---|---|---|
| 30163445 | NY | M | 5'08" | 185 | Brn | Blue | |

| DOC Inmate No. | FBI # | Social Security No. | Other Identification No. | Residence Telephone |
|---|---|---|---|---|
| | 759843HA3 | [redacted] | | [redacted] |

**Scars, Marks, Tattoos, Other physical characteristics:** —

### Authentication Section

Check all tasks completed: ☒ Photograph  ☒ Fingerprints  ☒ DNA Sample  ☒ DPS-694-C-3 Reg. Requirements Form

| Det Jeney | 4-27-09 | 4-27-09 | 4-27-09 |
|---|---|---|---|
| Name of person obtaining DNA sample | Location DNA sample taken | Date DNA sample taken | Date Photo taken |

| Det Jeney | 1149 | 4-27-09 |
|---|---|---|
| Name & Title of Registering Official | Badge Number If Applicable | Date of Registration |

| CSP SORU (HQ) | 860-685-8060 |
|---|---|
| Name of Registering Agency and Place of Registration | Agency Telephone Number |

Full registration requires all of the following: completion of this form, a full set of fingerprints, a photograph taken at the time of registration, and a biological sample taken for the purposes of DNA analysis. Registrants will be required to complete address verifications forms that will be mailed to their last reported address every 90 days. The address verification forms must be signed and returned by mail by a date which is 10 days after the date such form was mailed to the registrant. Registrants must report a change of address in writing to the Sex Offender Registry Unit within 5 days of a change of address.
**Failure to complete registration requirements or providing false information is a Class D felony.**

**Signature of Registrant:** [signature]  **Date Signed:** 4-27-09

"Any person who uses information in this registry to injure, harass, or commit a criminal act against any person included in the registry or any other person is subject to criminal prosecution." Sec. 54-258a, C.G.S.

Mail to: Department of Public Safety – Sex Offender Registry Unit 1111 Country Club Rd. Middletown, CT 06457-9294 (860) 685-8060
DPS-694-C  (Rev. 11/04)